**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24371−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Audelia A. Stoutamire
   aka Audelia A. Amoah
   929 Gary Ave
   Clairton, PA 15025

Social Security No.:
   xxx−xx−3384

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 10, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 10, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/15/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Audelia A. Stoutamire  
    Debtor

Case No. 19-24371-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 3    Date Rcvd: Jan 15, 2020  
                         Form ID: rsc13    Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.

```
db            +Audelia A. Stoutamire,    929 Gary Ave.,    Clairton, PA 15025-1107
cr            +Clairton City School District,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Clairton School District,    c/o McGrail & Associates, LLC,    1714 Lincoln Way,
                White Oak, PA  15131,    UNITED STATES 15131-1716
cr            +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15154304      +AT&T,    c/o Sequium Asset Solutions,    1130 North Chase Parkway,    Suite 150,
                Marietta, GA 30067-6429
15154301       Allegheny County Treasurer,    c/o Jordan Tax Service,    P.O. Box 200,
                Bethel Park, PA 15102-0200
15154308       CBCS Collection Agency,    P.O. Box 2724,    Columbus, OH 43216-2724
15154309       Chartwell - Pennsylvania,    Po Box 360552,    Pittsburgh, PA 15251-6552
15154310      +City of Clairton,    c/o McGrail & Assoc.,    1714 Lincoln Way,    McKeesport, PA 15131-1716
15154311      +City of Clairton,    551 Ravensburg Boulevard,    Clairton, PA 15025-1297
15183785      +Clairton City School District,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15154313      +Clairton School District,    c/o McGrail & Assoc.,    1714 Lincoln Way,
                McKeesport, PA 15131-1716
15154315      +Continental Finance,    c/o Holstead Financial Services,    Po Box 828,    Skokie, IL 60076-0828
15183788      +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh PA 15219-6101
15154320      +Credit One Bank & LVNV Funding,    c/o Sequium Asset Solutions,    1130 North Chase Parkway,
                Suite 150,    Marietta, GA 30067-6429
15154319      +Credit One Bank & LVNV Funding,    c/o FBCS Inc.,    330 South Warminster Road,    Suite 353,
                Hatboro, PA 19040-3433
15154322       Dr. David Weber,    c/o Collection Service Center Inc.,    839 5th Ave.,    Po Box 560,
                New Kensington, PA 15068-0560
15154325      +GE Capital,    c/o Midland Funding & Midland Credit,    Po Box 2121,    Warren, MI 48090-2121
15154327       HSBC Card Services,    Po Box 71104,    Charlotte, NC 28272-1104
15154329      +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
15154332       Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
15154333       Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
15154334      +Proactive,    c/o Northshore Agency Inc.,    270 Spagnoli Road,    Suite 110,
                Melville, NY 11747-3515
15154335       Quest Diagnostics,    Po Box 740717,    Cincinnati, OH 45274-0717
15154337      +State Collections Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15177023      +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
15180340       UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15180418       UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
15154339      +University of Pittsburgh Physicians,    c/o Transworld Systems,    300 Cedar Ridge Drive,
                Suite 307,    Pittsburgh, PA 15205-1159
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 04:26:09     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:52:48
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15182109      +E-mail/Text: g20956@att.com Jan 16 2020 04:27:24     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
15154302       E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 04:23:58     Ally Bank,    P.O. Box 380902,
                Bloomington, MN 55438-0902
15174720       E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 04:23:58     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
15154303      +E-mail/Text: bkrpt@retrievalmasters.com Jan 16 2020 04:26:29     American Medical Collections,
                PO Box 1235,    Elmsford, NY 10523-0935
15154305       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 04:19:50     Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
15169193       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 04:20:47
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
15183456      +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 04:27:07     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15154314      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:21:53
                Comenity Bank & World Shopping Network,    World Financial Capital Bank,
                c/o Portfolio Recovery Assoc.,    Po Box 12914,    Norfolk, VA 23541-0914
15154316      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 16 2020 04:27:52
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
15154317      +E-mail/Text: bdsupport@creditmanagementcompany.com Jan 16 2020 04:27:16
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15154318       E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 04:20:57     Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
```

...

```
District/off: 0315-2          User: bsil              Page 2 of 3              Date Rcvd: Jan 15, 2020
                              Form ID: rsc13          Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15154321       E-mail/Text: Bankruptcy.Consumer@dish.com Jan 16 2020 04:26:28     Dish Network,
                c/o ERC Collection Agency,    Dept 0063,    Palatine, IL 60055-0063
15154323      +E-mail/Text: kburkley@bernsteinlaw.com Jan 16 2020 04:27:45     Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15182187      +E-mail/Text: kburkley@bernsteinlaw.com Jan 16 2020 04:27:45     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15154326      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 16 2020 04:28:06     Genesis Credit,
                Bankcard Services,    PO Box 4477,    Beaverton, OR 97076-4401
15154324       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 04:27:01     Fingerhut,
                c/o Jefferson Capital Systems,    16 McLeland Road,    Saint Cloud, MN 56303
15182009       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 04:27:01     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
15154328      +E-mail/Text: notices@burt-law.com Jan 16 2020 04:27:55     Jefferson Capital Systems & Metabank,
                c/o Law Office of Burton Neil,    1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5601
15180452       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 04:32:28     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15181852      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2020 04:26:29     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
15154330      +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 04:26:42
                Nelnet & US Dept. of Education,    P.O. Box 82561,    Lincoln, NE 68501-2561
15173611       E-mail/PDF: cbp@onemainfinancial.com Jan 16 2020 04:21:27     ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
15154331       E-mail/PDF: cbp@onemainfinancial.com Jan 16 2020 04:21:28     One Main Financial,    Po Box 64,
                Evansville, IN 47701-0064
15171846       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:51:35
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15181716       E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2020 04:25:43
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15178467       E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2020 04:25:43
                Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                Kirkland, WA  98083-0788
15154336       E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2020 04:28:05
                Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
15155129      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 04:21:37     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15154338      +E-mail/Text: bankruptcydepartment@tsico.com Jan 16 2020 04:27:35
                The Dentistry of Pittsburgh,    c/o Transworld Systems Inc.,    500 Virginia Drive,    Suite 514,
                Fort Washington, PA 19034-2733
15154340      +E-mail/Text: BankruptcyNotice@upmc.edu Jan 16 2020 04:27:32     UPMC,
                2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
15154341      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 04:25:26     Wayfair,
                c/o Comenity Bank,    PO Box 659617,    San Antonio, TX 78265-9617
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15154306*      Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
15154307*      Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
15154312*     +City of Clairton,    551 Ravensburg Boulevard,    Clairton, PA 15025-1297
                                                                                  TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: bsil                  Page 3 of 3           Date Rcvd: Jan 15, 2020
                                  Form ID: rsc13              Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage  Et Al... bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Clairton City School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth   Steidl    on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Patricia Liptak McGrail    on behalf of Creditor    Clairton School District pmcgrail@plmoffice.com,
           tpontia@plmoffice.com;lkurka@plmoffice.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```