IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Audelia A. Stoutamire, | ) | Case No. 19-24371 TPA |
|     Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Docket No. 25, 26 |
| | ) | |
| | ) | Hearing Date and Time |
| Audelia A. Stoutamire, | ) | February 5, 2020 at 10:00am |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC | ) | |
|     Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 6

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 filed on December 23, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 6 were to be filed and served no later than January 22, 2020.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 6 be entered by the Court.

    Respectfully submitted,

January 23, 2020                                                           /s/ Kenneth Steidl
Date                                                                      Kenneth Steidl, Esquire
                                                                              Attorney for the Debtor
                                                                              STEIDL & STEINBERG
                                                                              707 Grant Street
                                                                              Suite 2830, Gulf Tower
                                                                              Pittsburgh, PA 15219
                                                                              (412) 391-8000
                                                                              Ken.steidl@steidl-steinberg.com
                                                                              PA I.D. No. 34965