FILED
1/24/20 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-24371 TPA |
| ) | Chapter 13 |
| Audelia A. Stoutamire, ) | |
|     Debtor ) | |
| ) | Related to Docket No. 35, 40 |
| ) | |
| Audelia A. Stoutamire, ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding, LLC ) | |
| c/o Resurgent Capital Services ) | |
|     Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this ___24th___ day of _____January_____, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion to withdraw the Objection to Respondent's Claim 21 be withdrawn and the hearing scheduled for March 4, 2020 at 10:00 a.m. is canceled.

_____
Honorable Thomas P. Agresti    jlm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Audelia A. Stoutamire  
       Debtor

Case No. 19-24371-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jan 24, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.  
db            +Audelia A. Stoutamire,    929 Gary Ave,    Clairton, PA 15025-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

        James Warmbrodt     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt     on behalf of Creditor     Clairton City School District jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt     on behalf of Creditor     County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
        Kenneth Steidl     on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Patricia Liptak McGrail     on behalf of Creditor     Clairton School District pmcgrail@plmoffice.com, tpontia@plmoffice.com;lkurka@plmoffice.com  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                                     TOTAL: 8