FILED
1/28/20 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Audelia A. Stoutamire, | ) Case No. 19-24371 TPA |
|     Debtor | ) Chapter 13 |
| | ) |
| | ) Docket No.    27 |
| | ) |
| Audelia A. Stoutamire, | ) |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| Portfolio Recovery Associates, LLC | ) |
|     Respondent | ) |

## ORDER OF COURT

AND NOW, to wit, this __28th__ day of __January   2020__, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 7 is stricken due to the fact that the debt is uncollectable under 42 Pa. C.S. 5525(a).

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24371-TPA
Audelia A. Stoutamire                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Jan 28, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db             +Audelia A. Stoutamire,    929 Gary Ave,    Clairton, PA 15025-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage  Et Al... bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Clairton City School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Patricia Liptak McGrail    on behalf of Creditor    Clairton School District pmcgrail@plmoffice.com,
               tpontia@plmoffice.com;lkurka@plmoffice.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8