IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24371 TPA |
| | ) | Chapter 13 |
| Audelia A. Stoutamire, | ) | |
|     Debtor | ) | |
| | ) | |
| | ) | Related to Docket No. 33, 34 |
| | ) | |
| | ) | Hearing Date and Time |
| Audelia A. Stoutamire, | ) | March 4, 2020 at 10:00am |
|     Movant | ) | |
| | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC | ) | |
|     Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 20

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 20 filed on January 17, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 20 appears thereon.  Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 20 were to be filed and served no later than February 18, 2020.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 20 be entered by the Court.

                                                                Respectfully submitted,

February 19, 2020___                                                  /s/ Kenneth Steidl
Date                                                                     Kenneth Steidl, Esquire
                                                                              Attorney for the Debtor
                                                                              STEIDL & STEINBERG
                                                                              707 Grant Street
                                                                              Suite 2830, Gulf Tower
                                                                              Pittsburgh, PA 15219
                                                                              (412) 391-8000
                                                                              Ken.steidl@steidl-steinberg.com
                                                                              PA I.D. No. 34965