IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | Case No.: 19-24371-TPA |
| Debtor. ) | |
| _____ ) | |
| ) | |
| CLAIRTON CITY SCHOOL DISTRICT, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | |
| Respondent. ) | |

## **WITHDRAWAL OF PROOF OF CLAIM #22**

AND NOW, comes the Clairton City School District by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #22 filed on behalf of Clairton City School District on January 14, 2020, in the amount of $2,457.77 for delinquent School District real estate taxes for the tax year 2019. The within Claim is being withdrawn because the 2019 real estate taxes have been included amendment of separate proofs of claim filed at Proof of Claim #1 through #3 at the within proceeding.

Dated:    March 4, 2020                                Respectfully Submitted,

                                                                            GRB Law

                                                                            /s/ Jeffrey R. Hunt

                                                                            Jeffrey R. Hunt, Esquire
                                                                            Pa. I.D. #90342
                                                                            Frick Building, 14th Floor
                                                                            437 Grant Street
                                                                            Pittsburgh, PA  15219
                                                                            (412) 281-0587
                                                                            Attorney for Movant
                                                                            jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| AUDELIA A. STOUTAMIRE, | ) |
| | ) Case No.: 19-24371-TPA |
| Debtor. | ) |
| _____ | ) |
| | ) |
| CLAIRTON CITY SCHOOL DISTRICT, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| AUDELIA A. STOUTAMIRE, | ) |
| | ) |
| Respondent. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #22 has been served this 4th day of March, 2020 by first-class United States mail, postage prepaid, upon:

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

GRB Law,

<u>/s/ Jeffrey R. Hunt</u>

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com