FILED
3/5/20 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | Case No.: 19-24371-TPA |
| Debtor. ) | |
| ) | |
| ———————————— ) | |
| ) | |
| CLAIRTON CITY SCHOOL DISTRICT, ) | Rel to Doc 58 |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | |
| Respondent. ) | |

### WITHDRAWAL OF PROOF OF CLAIM #22

AND NOW, comes the Clairton City School District by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #22 filed on behalf of Clairton City School District on January 14, 2020, in the amount of $2,457.77 for delinquent School District real estate taxes for the tax year 2019. The within Claim is being withdrawn because the 2019 real estate taxes have been included amendment of separate proofs of claim filed at Proof of Claim #1 through #3 at the within proceeding.

Dated:   March 4, 2020                                  Respectfully Submitted,

                                                        GRB Law

                                                        /s/ Jeffrey R. Hunt

                                                        Jeffrey R. Hunt, Esquire
                                                        Pa. I.D. #90342
SO ORDERED                                              Frick Building, 14th Floor
March 05, 2020                                          437 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 281-0587
                                                        Attorney for Movant
                                                        jhunt@grblaw.com

ljm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | Case No.: 19-24371-TPA |
| Debtor. ) | |
| _____ ) | |
| ) | |
| CLAIRTON CITY SCHOOL DISTRICT, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| AUDELIA A. STOUTAMIRE, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #22 has been served this 4th day of March, 2020 by first-class United States mail, postage prepaid, upon:

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

GRB Law,

/s/ Jeffrey R. Hunt

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Audelia A. Stoutamire  
      Debtor  

Case No. 19-24371-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Mar 05, 2020  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.  
db         +Audelia A. Stoutamire,    929 Gary Ave,    Clairton, PA 15025-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Clairton City School District jhunt@grblaw.com, cnoroski@grblaw.com  
        Kenneth Steidl    on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Patricia Liptak McGrail    on behalf of Creditor    Clairton School District pmcgrail@plmoffice.com, tpontia@plmoffice.com;lkurka@plmoffice.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                  TOTAL: 9