IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Audelia A. Stoutamire ) | Case No. 19-24371 TPA |
| aka Audelia A. Amoah, ) | Chapter 13 |
| ) | |
| Social Security No. XXX-XX-3384 ) | |
| ) | |
| Debtor ) | Related to Document No. 63 |
| ) | |
| Audelia A. Stoutamire ) | |
| aka Audelia A. Amoah, ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| UPMC McKeesport and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 28, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Audelia A. Stoutamire
929 Gary Ave
Clairton, PA 15025

UPMC McKeesport
Attn: Payroll
600 Grant Street
Floor 56
Pittsburgh, PA 15219

Date of Service:    May 28, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965