# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>AUDELIA A. STOUTAMIRE | Case No. 19-24371TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>US DEPARTMENT OF EDUCATION - NELNET++<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.   NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION - NELNET++<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Court claim# /Trustee CID# 35 |

The Movant further certifies that on 08/20/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
AUDELIA A. STOUTAMIRE, 929 GARY AVE, CLAIRTON, PA  15025

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
US DEPARTMENT OF EDUCATION - NELNET++, PO BOX 740283, ATLANTA, GA  30374-0283

NEW CREDITOR: