FILED
2/18/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
AUDELIA A. STOUTMIRE                      :   Case No.  19-24371TPA
                                          :
    *Debtors*                             :   Chapter 13
                                          :   Related to Claim 24

## ORDER

On January 25, 2021 a *Notice of Postpetition Mortgage Fees, Expenses, and Charges*, Official Form 410S2, was filed in this case by **Deutsche Bank National Trust**, regarding Claim No. 24 ("Notice").  The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)]*, the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a)    A computation of the mortgage fees, expenses, and charges.
(b)    A complete and accurate loan payment history.
(c)    Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d)    For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e)    After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f)    A Declaration affirming the veracity and accuracy of the foregoing.

***AND NOW, this 18th day of February, 2021***, in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that: (1) **on or before March 11, 2021**, Deutsche Bank National Trust Company shall supplement them to comply with the above requirements or it will be ***DISMISSED*** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is ***STAYED*** but will commence to run on the filing of the supplement.

_____
Thomas P. Agresti, Judge      ljm
United States Bankruptcy Court

c:    Ronda Winnecour, Esq., Trustee

Counsel for the Debtor
Debtors
Brian Nicholas, Esq.