FILED
2/18/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
AUDELIA A. STOUTMIRE        :    Case No. 19-24371TPA
                            :
    *Debtors*               :    Chapter 13
                            :    Related to Claim 24

## ORDER

On January 25, 2021 a *Notice of Postpetition Mortgage Fees, Expenses, and Charges*, Official Form 410S2, was filed in this case by **Deutsche Bank National Trust**, regarding Claim No. 24 ("Notice"). The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a) A computation of the mortgage fees, expenses, and charges.
(b) A complete and accurate loan payment history.
(c) Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d) For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e) After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f) A Declaration affirming the veracity and accuracy of the foregoing.

*AND NOW, this 18th day of February, 2021,* in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that: (1) **on or before March 11, 2021**, Deutsche Bank National Trust Company shall supplement them to comply with the above requirements or it will be **DISMISSED** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is **STAYED** but will commence to run on the filing of the supplement.

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

c:    Ronda Winnecour, Esq., Trustee

Counsel for the Debtor
Debtors
Brian Nicholas, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 19-24371-TPA

Audelia A. Stoutamire                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: bsil                                        Page 1 of 2

Date Rcvd: Feb 18, 2021                          Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID**               **Recipient Name and Address**
db                   + Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021                                         Signature:               /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

**Name**                       **Email Address**

Brian Nicholas
                                   on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                                   on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
                                   on behalf of Creditor Clairton City School District jhunt@grblaw.com cnoroski@grblaw.com

Kenneth Steidl
                                   on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com
                                   ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
                                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

District/off: 0315-2 | User: bsil | Page 2 of 2
Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9