FILED
3/16/21 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| AUDELIA A. STOUTAMIRE | : | Case No. 19-24371 -TPA |
| | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | Related to Claim No. 24 |

## ORDER

AND NOW, this **16th** day of *March, 2021*, the Court having issued an Order on February 18, 2021 requiring the *Notice of Postpetition Mortgage Fees, Expenses, and Charges* ("Notice") that was filed regarding Claim No. 24 be supplemented on or before *March 11, 2021* by providing additional information to support the alleged fees, expenses or charges set forth therein, and the deadline having now passed with nothing further having been filed to supplement the *Notice*, therefore pursuant to said Order,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  The *Notice* is **DISMISSED with prejudice**.

(2)  **On or before April 15, 2021, Deutsche Bank National Trust,** the party on whose behalf the *Notice* was filed, shall take any and all steps necessary to ensure that any reference to the fees, expenses and charges set forth in the *Notice* are removed from the loan history and accounts.

(3)  **Deutsche Bank National Trust** and its successors and assigns are hereinafter prohibited from making any attempt to collect the removed fees, expenses and charges from the Debtor(s).

(4)  If any of the fees, expenses or charges as set forth in the *Notice* having previously been collected from the Debtor(s), **Deutsche Bank National Trust** shall promptly make a refund to the Debtor(s).

_____
Thomas P. Agresti, Judge    **ljm**
United States Bankruptcy Court

Case Administrator to serve:
 Debtor(s)
 Kenneth Steidl, Esq.
 Brian Nicholas, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24371-TPA |
| Audelia A. Stoutamire | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Clairton City School District jhunt@grblaw.com cnoroski@grblaw.com |
| Kenneth Steidl | |
| | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9