**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>AUDELIA A. STOUTAMIRE | Case No. 19-24371GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ALLY FINANCIAL(*) | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   COLLATERAL TO BE SURRENDERED

| | |
|---|---|
| ALLY FINANCIAL(*)<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Court claim# 9/Trustee CID# 8 |

The Movant further certifies that on 11/14/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>AUDELIA A. STOUTAMIRE, 929 GARY AVE CLAIRTON, PA  15025 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>ALLY FINANCIAL(*), ATTN TRUSTEE PAYMENT CENTER, PO BOX 78367, PHOENIX, AZ  85062-8367 | ORIGINAL CREDITOR'S COUNSEL:<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 130424, ROSEVILLE, MN  55113 |
| :<br>AIS PORTFOLIO SERVICES (AMERICAN INFO SOURCE)**, ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118 | |
| NEW CREDITOR: | |