FILED
11/15/22 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24371 GLT |
| | ) | Chapter 13 |
| Audelia A. Stoutamire, | ) | Docket No. 102 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Audelia A. Stoutamire, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## CONSENT ORDER APPROVING DEBTOR TO FINANCE A MOTOR VEHICLE

AND NOW, to wit, this _____15th_____ day of _____November_____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle or incur a new vehicle lease;

2. The Debtor needs to replace her 2011 GMC Terrain, which requires significant repairs that exceeds the value of the vehicle. The Debtor will surrender the vehicle to Ally Financial. Payments to Ally Financial are to be placed on reserve pending the Debtor amending her plan to surrender the vehicle;

3. Within 15 days of the financing of the motor vehicle:

   a. The Debtor will file a report of financing

   b. The Debtor does not have prearranged vehicle financing.  The Debtor will file an adequate protection order providing for the expedient start of payments for the new vehicle loan which will authorize the Chapter 13 trustee to begin the distribution of adequate protection payments by the Trustee during the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan;

    c. The Debtor shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

4. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

Gregory L. Taddonio  jlm
Chief United States Bankruptcy Judge

/s/ Kate DeSimone
Counsel for the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-24371-GLT
Audelia A. Stoutamire                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                    Page 1 of 2
Date Rcvd: Nov 15, 2022                       Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                  Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

Maria Miksich

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail

on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10