

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-24371

DEBTOR(S):

AUDELIA A STOUTAMIRE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 21 IN THE AMOUNT OF $1,614.06

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/1/2023