IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24371 GLT |
| | ) | Chapter 13 |
| Audelia A. Stoutamire, | ) | Related Docket No. 103 |
|    *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Audelia A. Stoutamire, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, comes the Debtor, Audelia A. Stoutamire, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On November 15, 2022, this Honorable Court entered an order at Docket No.106, approving the Debtor's request to finance a new vehicle

2. The Debtor was granted a 60-day extension on January 18, 2023 at Docket No. 106.

3. The Debtor is abandoning her to attempt to finance a vehicle.

4. The Debtor still intends to surrender her interest in her 2011 GMC Terrain to Ally Bank.

5. The Debtor will an amend her plan to surrender her interest in the vehicle.

WHEREFORE, the Debtor, Audelia A. Stoutamire, respectfully files this Report of Financing.

Respectfully submitted,

March 24, 2023
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965