IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 19-24371 GLT |
| Audelia A. Stoutamire, | ) | Chapter 13 |
| | ) | Related Docket No. 114 |
| Debtor(s) | ) | |
| | ) | Hearing Date and Time: |
| | ) | May 11, 2023 at 9:00 a.m. |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED APRIL 4, 2023 NOTICE OF PROPOSED MODIFICATION TO
 PLAN DATED 2/2/2022**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 4, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                          Respectfully submitted,

April 4, 2023                                    /s/ Kenneth Steidl_____
DATE                                              Kenneth Steidl, Esquire
                                                      Attorney for the Debtor(s)
                                                      STEIDL & STEINBERG
                                                     Suite 2830 – Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA  15219
                                                     (412) 391-8000
                                                     ken.steidl@steidl-steinberg.com
                                                     PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24371-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Apr  4 17:33:55 EDT 2023 | AT&T<br>c/o Sequium Asset Solutions<br>1130 North Chase Parkway<br>Suite 150<br>Marietta, GA 30067-6429 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| Allegheny County Treasurer<br>c/o Jordan Tax Service<br>P.O. Box 200<br>Bethel Park, PA 15102-0200 | Ally Bank<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Medical Collections<br>PO Box 1235<br>Elmsford, NY 10523-0935 | American Water<br>P.O. Box 578<br>Alton, IL 62002-0578 |
| CBCS Collection Agency<br>P.O. Box 2724<br>Columbus, OH 43216-2724 | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chartwell - Pennsylvania<br>Po Box 360552<br>Pittsburgh, PA 15251-6552 | City of Clairton<br>551 Ravensburg Boulevard<br>Clairton, PA 15025-1297 |
| City of Clairton<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | City of Clairton<br>c/o McGrail & Assoc.<br>1714 Lincoln Way<br>McKeesport, PA 15131-1716 | Clairton City School District<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Clairton City School District<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Clairton School District<br>c/o McGrail & Associates, LLC<br>1714 Lincoln Way<br>White Oak, PA 15131-1716 | Clairton School District<br>c/o McGrail & Assoc.<br>1714 Lincoln Way<br>McKeesport, PA 15131-1716 |
| Comenity Bank & World Shopping Network<br>World Financial Capital Bank<br>c/o Portfolio Recovery Assoc.<br>Po Box 12914<br>Norfolk, VA 23541-0914 | Continental Finance<br>c/o Holstead Financial Services<br>Po Box 828<br>Skokie, IL 60076-0828 | County of Allegheny<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank & LVNV Funding<br>c/o FBCS Inc.<br>330 South Warminster Road<br>Suite 353<br>Hatboro, PA 19040-3433 | Credit One Bank & LVNV Funding<br>c/o Sequium Asset Solutions<br>1130 North Chase Parkway<br>Suite 150<br>Marietta, GA 30067-6429 |

Deutsche Bank National Trust Company et. al,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Dish Network
c/o ERC Collection Agency
Dept 0063
Palatine, IL 60055-0063

Dr. David Weber
c/o Collection Service Center Inc.
839 5th Ave.
Po Box 560
New Kensington, PA 15068-0560

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15219-1942

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

GE Capital
c/o Midland Funding & Midland Credit
Po Box 2121
Warren, MI 48090-2121

Genesis Credit
Bankcard Services
PO Box 4477
Beaverton, OR 97076-4401

HSBC Card Services
Po Box 71104
Charlotte, NC 28272-1104

Jeffrey R. Hunt
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753

Jefferson Capital Systems & Metabank
c/o Law Office of Burton Neil
1060 Andrew Drive
Suite 170
West Chester, PA 19380-5601

Keystone Collection Group
546 Wendel Road
Irwin, PA 15642-7539

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Patricia Liptak McGrail
Law Offices of Patricia L. McGrail
1714 Lincoln Way
White Oak, PA 15131-1716

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Nelnet & US Dept. of Education
P.O. Box 82561
Lincoln, NE 68501-2561

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

One Main Financial
Po Box 64
Evansville, IN 47701-0064

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Gas Company
P.O. Box 644760
Pittsburgh, PA 15264-4760

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Proactive
c/o Northshore Agency Inc.
270 Spagnoli Road
Suite 110
Melville, NY 11747-3515

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>Po Box 740717<br>Cincinnati, OH 45274-0717 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | State Collections Service<br>2509 S. Stoughton Road<br>Madison, WI 53716-3314 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Audelia A. Stoutamire<br>929 Gary Ave<br>Clairton, PA 15025-1107 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| The Dentistry of Pittsburgh<br>c/o Transworld Systems Inc.<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034-2733 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | University of Pittsburgh Physicians<br>c/o Transworld Systems<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Wayfair<br>c/o Comenity Bank<br>PO Box 659617<br>San Antonio, TX 78265-9617 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fingerhut<br>c/o Jefferson Capital Systems<br>16 McLeland Road<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, as T | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

```
End of Label Matrix
Mailable recipients    76
Bypassed recipients     3
Total                  79
```