IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-24371 JCM |
| | ) | Chapter 13 |
| Audelia A. Stoutamire, | ) | Related Docket No. 123 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Audelia A. Stoutamire, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, comes the Debtor, Audelia A. Stoutamire, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On August 11, 2023, this Honorable Court entered an order at Docket No.123, approving the Debtor's request to finance a new vehicle.

2. The Debtor purchased a 2021 Hyundai Elantra from Hertz Car Sales.

3. The Debtor obtained financing through Clearview Federal Credit Union at 8805 University Blvd., Moon Township, PA 15108.

4. The amount of the loan was for $17,658.37 with an interest rate of 18%.

5. The monthly loan payment $450.00 for 62 months.

6. The monthly loan payments begin October 6, 2023.

7. The Debtor will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtor, Audelia A. Stoutamire, respectfully files this Report of Financing.

Respectfully submitted,

September 5, 2023  
DATE

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtor(s)

STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
ken.steidl@steidl-steinberg.com  
PA I.D. No. 34965