IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-24371 JCM |
| ) | Chapter 13 |
| Audelia A. Stoutamire, ) | Related Docket No. 118 & 123 |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| ) | |
| Audelia A. Stoutamire, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| *Respondent(s)* ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED MAY 12, 2023

AND NOW, comes the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on November 8, 2019.
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on August 11, 2023 at Doc. 118.
3. Debtor was approved for financing through Clearview Federal Credit Union. The monthly payment is $450.00 and the first payment is due by October 6, 2023. The Debtor will provide the Trustee with the account number.
4. Debtor has filed an amended plan to include the new obligation, but the confirmation hearing scheduled for October 12, 2023.
5. Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtor's wage attachment will be amended to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The May 12, 2023, interim order confirming Debtor's plan dated April 4, 2023, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to Clearview

Federal Credit Union in the monthly sum of $450.00 beginning with the first payment due October 6, 2023, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

So Ordered:

_____
John C. Melaragno
United States Bankruptcy Judge