# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/17/2024

IN RE:

| | |
|---|---|
| AUDELIA A. STOUTAMIRE | Case No.19-24371 |
| 929 GARY AVE | |
| CLAIRTON, PA 15025 | Chapter 13 |
| XXX-XX-3384      Debtor(s) | |

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 7314 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: WALMART/PRAE | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **MCGRAIL & ASSOCIATES** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1714 LINCOLN WAY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WHITE OAK, PA 15131 | COMMENT: CLAIRTON SD/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: DEUTSCHE BANK~JPMORGAN/PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:5  INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: 4H61 |
| POB 200 | | |
| | CLAIM: 613.02 | |
| BETHEL PARK, PA 15102 | COMMENT: 764-H-61*$@12%/CL-PL*WNTS 12%*17-19/PL-CL*W/59 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:6  INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: 4H63 |
| POB 200 | | |
| | CLAIM: 45.40 | |
| BETHEL PARK, PA 15102 | COMMENT: 764-H-63*$@12%/CL-PL*WNTS 12%*18-19/PL-CL*W/60 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:7  INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: K101 |
| POB 200 | | |
| | CLAIM: 302.72 | |
| BETHEL PARK, PA 15102 | COMMENT: 879-K-101*$@12%/CL-PL*WNTS 12%*18-19/PL-CL*W/58 | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:8  INT %: 6.00% | CRED DESC: VEHICLE |
| PAYMENT PROCESSING CENTER* | Court Claim Number:9 | ACCOUNT NO.: 2928 |
| PO BOX 660618 | | |
| | CLAIM: 6,969.92 | |
| DALLAS, TX 75266-0618 | COMMENT: SURR/CONF*W/49 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE)** | Trustee Claim Number:9  INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O CURRENT YEAR TAX OFFICE* | Court Claim Number: | ACCOUNT NO.: 0061 |
| 551 RAVENSBURG BLVD | | |
| | CLAIM: 219.67 | |
| CLAIRTON, PA 15025 | COMMENT: 18-19/SCH*0764-H-00061*RMVD/PL | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:10  INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:26 | ACCOUNT NO.: 3384 |
| 546 WENDEL RD | | |
| | CLAIM: 854.50 | |
| IRWIN, PA 15642 | COMMENT: 879-K-101*$@10%/CL-PL*WNTS 10%*14,15,18/CL-PL*W/62 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:11  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O ANDREWS & PRICE - DLNQ CLLCTR | Court Claim Number:1-2 | ACCOUNT NO.:  0061 |
| 1500 ARDMORE BLVD STE 506 | | |
| | CLAIM:  3,845.17 | |
| PITTSBURGH, PA  15221 | COMMENT:  764-H-00061*$/CL-PL@10%/PL*17-19/PL-CL*STAT ISSUE:NO% STD/CL*AMD | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:12  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O ANDREWS & PRICE - DLNQ CLLCTR | Court Claim Number:3-2 | ACCOUNT NO.:  0101 |
| 1500 ARDMORE BLVD STE 506 | | |
| | CLAIM:  2,766.87 | |
| PITTSBURGH, PA  15221 | COMMENT:  879-K-00101*$/CL-PL@10%/PL*STAT ISSUE:NO% STD/CL*15,18,19/CL-PL*AMD | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:13  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O ANDREWS & PRICE - DLNQ CLLCTR | Court Claim Number:2-2 | ACCOUNT NO.:  0063 |
| 1500 ARDMORE BLVD STE 506 | | |
| | CLAIM:  1,783.96 | |
| PITTSBURGH, PA  15221 | COMMENT:  764-H-00063*$/CL-PL@10%/PL*STAT ISSUE:NO% STD/CL*17-18/PL*17-19/CL*AMD | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:16 | ACCOUNT NO.:  0028 |
| PO BOX 2011 | | |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  $2236@6%/PL*PAY@UNS/CR REFUND*W/51*NO SEC'D/CL | |

| | | |
|---|---|---|
| **NEW CENTURY FINANCIAL SERVICES INC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| 7 ENTIN RD 1ST FL | Court Claim Number:NC1 | ACCOUNT NO.:  1673 |
| | CLAIM:  1,614.06 | |
| PARSIPPANY, NJ  07054-5020 | COMMENT:  $@0%/PL*ADR/CRED | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  PMT/DCLAR*402.98/PL@SELECT PORTFOLIO*DKT4PMT-LMT*BGN 12/19 | |

| | | |
|---|---|---|
| **DANIEL JOSEPH SANTUCCI ESQ++** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1 INTERNATIONAL PLAZA 5TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19113 | COMMENT: | |

| | | |
|---|---|---|
| **PRESSLER FELT & WARSHAW LLP** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 7 ENTIN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PARSIPPANY, NJ  07054-5020 | COMMENT: | |

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:18 | ACCOUNT NO.:  2354 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM:  3,344.19 | |
| BEDMINSTER, NJ  07921 | COMMENT:  AT AND T | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:4 | ACCOUNT NO.:  7931 |
| | CLAIM:  373.51 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.: 4090 |
| | CLAIM: 309.02 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.: 9079 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: STRICKEN/OE*CAP 1*STALE*CL=531.38*DK | |

| | | |
|---|---|---|
| **CHARTWELL** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 360552 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15251 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:6 | ACCOUNT NO.: 4420 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: STRICKEN/OE*HSN/COMENITY*STALE*CL=1533.11 | |

| | | |
|---|---|---|
| **TEA OLIVE LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O LUNDQUIST CONSULTING INC | Court Claim Number:10 | ACCOUNT NO.: 7995 |
| PO BOX 1931 | | |
| | CLAIM: 710.32 | |
| BURLINGAME, CA 94011 | COMMENT: HALSTEAD/SCH*CONTINENTAL/REFLEX | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT COMPANY** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| FOSTER PLAZA BUILDING 7 | Court Claim Number: | ACCOUNT NO.: |
| 661 ANDERSEN DR STE 110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15220 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.: 7888 |
| PO BOX 10587 | | |
| | CLAIM: 612.38 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SHERMAN/CREDIT ONE | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21 | ACCOUNT NO.: 3830 |
| PO BOX 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE BANK/SCH*JUDGMENT*CL $1,614.06 W/D*DOC 108*OE*D 109 | |

| | | |
|---|---|---|
| **DISH NETWORK** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DEPT 0063 | Court Claim Number: | ACCOUNT NO.: 2494 |
| | CLAIM: 0.00 | |
| PALATINE, IL 60055-0063 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DR DAVID WEBER** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5200 CENTRE AVE 203 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15232 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:19 | ACCOUNT NO.: 4758 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 818.42 | |
| PITTSBURGH, PA 15219 | COMMENT: 0000/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:17 | ACCOUNT NO.: 9516 |
| | CLAIM: 1,390.43 | |
| CHICAGO, IL 60677-2813 | COMMENT: BLUESTEM/FINGERHUT | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:11 | ACCOUNT NO.: 0106 |
| | CLAIM: 289.18 | |
| KIRKLAND, WA 98083-0788 | COMMENT: TBOM/MILESTONE | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:20 | ACCOUNT NO.: 6382 |
| PO BOX 27288 | | |
| | CLAIM: 0.00 | |
| TEMPE, AZ 85282 | COMMENT: STRICKEN/OE~DOC 54*9079~HSBC CARD SVCS/SCH*CAPITAL ONE*CL=842.57 | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION - NELNET** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| PO BOX 82561 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: 199.59/PL*199.59x(60+2)=LMT*PAY W/GEN UNS!! | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(*)** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:8 | ACCOUNT NO.: 2828 |
| | CLAIM: 3,761.89 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: DFNCY BAL? | |

| | | |
|---|---|---|
| **PA AMERICAN WATER(*) AKA AMERICAN WATER** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371412 | Court Claim Number:25 | ACCOUNT NO.: 2000 |
| | CLAIM: 1,272.02 | |
| PITTSBURGH, PA 15250 | COMMENT: | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

| | | |
|---|---|---|
| **PROACTIVE SOLUTIONS++** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 11448 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50336-1448 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **QUEST DIAGNOSTIC VENTURE LLC** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 740717 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45274 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS INC** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 500 VIRGINIA DR STE 514 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FORT WASHINGTON, PA 19034-2707 | COMMENT: DENTISTRY OF PGH/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS INC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 500 VIRGINIA DR STE 514 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FORT WASHINGTON, PA 19034-2707 | COMMENT: UNIVERSITY OF PGH PHYSCNS/SCH | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:12 | ACCOUNT NO.: 3384 |
| PO BOX 1123 | CLAIM: 1,787.72 | |
| MINNEAPOLIS, MN 55440 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:15 | ACCOUNT NO.: 8760 |
| | CLAIM: 639.72 | |
| KIRKLAND, WA 98083-0788 | COMMENT: WAYFAIR | |

| | | |
|---|---|---|
| **AMERICAN MEDICAL & LIFE INS CO++** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| POB 1235 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FREDERICK, MD 21702 | COMMENT: | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 725 CANTON ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| NORWOOD, MA 02062 | COMMENT: | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 6250 | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PAYMENT PROCESSING CENTER* | Court Claim Number:9 | ACCOUNT NO.: 2928 |
| PO BOX 660618 | CLAIM: 1,458.98 | |
| DALLAS, TX 75266-0618 | COMMENT: UNS/CONF*NO GEN UNS/SCH@ALLY BANK*W/8~2b SURR | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.: 3384 |
| PO BOX 1123 | CLAIM: 1,069.40 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:16 | ACCOUNT NO.: 0028 |
| PO BOX 2011 | | |
| | CLAIM: 2,085.39 | |
| WARREN, MI 48090 | COMMENT: NO GEN UNS/SCH@14*PAY @ UNS/CRED*JUDGMENT | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: K101 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22 GOV*879-K-101*TAX YR 2019~NT/PL*CL @ 707.03 W/DRAWN-DOC 58*W/53 | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: K101 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22GOV*879-K-101*TAX YR NT/PL*NON%*19/CL*W/52*CL @ 70.70 W/DRAWN-DOC | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: 4H61 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22GOV*764-H-61*2606.72 TOT/PL@10%@*17-19*WNTS 10%*TAX YR 2019/CL*W/5! | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: 4H61 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22GOV*764-H-61*NON%*2606.72 TOT/PL@10%@17-19*TAX YR 2019/CL*W/54*CL | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:56 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: 4H63 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22GOV*764-H-63*TAX YR NT/PL*WNTS 10%*19/CL*W/57*CL @ 401.45 W/DRAWN- | |

| | | |
|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:22 | ACCOUNT NO.: 4H63 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: CL22GOV*764-H-63*TAX YR NT/PL*NON%*19/CL*W/56*CL @ 40.15 W/DRAWN-@DO | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: K101 |
| POB 200 | | |
| | CLAIM: 151.41 | |
| BETHEL PARK, PA 15102 | COMMENT: 879-K-101*$@0%/CL-PL*NON%*18-19/PL-CL*W/7 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: 4H61 |
| POB 200 | | |
| | CLAIM: 354.43 | |
| BETHEL PARK, PA 15102 | COMMENT: 764-H-61*$@0%/CL-PL*NON%*17-19/PL-CL*W/5 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:60 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: 4H63 |
| POB 200 | | |
| | CLAIM: 78.23 | |
| BETHEL PARK, PA 15102 | COMMENT: 764-H-63*$@0%/CL-PL*NON%*18-19/PL-CL*W/6 | |

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:61 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  2,873.77 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $CL-PL*THRU 11/19 | |

---

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:62 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:26 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | | |
| | CLAIM:  443.86 | |
| IRWIN, PA  15642 | COMMENT:  879-K-101*$@0%/CL-PL*NON%*14,15,18/CL-PL*W/10 | |

---

| | | |
|---|---|---|
| **GRB LAW**\*\* | Trustee Claim Number:63 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

---

| | | |
|---|---|---|
| **MCGRAIL & ASSOCIATES** | Trustee Claim Number:64 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 1714 LINCOLN WAY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WHITE OAK, PA  15131 | COMMENT:  CLAIRTON SD/PRAE | |

---

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:65 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  DM/OE*NT PROV/PL*NTC POSTPET FEE/EXP*REF CL=154*W/61*DK | |

---

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:66 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY FNCL/PRAE | |

---

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:67 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  5.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/PL*SUPP*NTC POSTPET FEE/EXP*REF CL*W/61*DK | |

---

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC**\* | Trustee Claim Number:68 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  7549 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  $/OE-PL-CONF*BGN 12/21 DISTRIB*DK | |

---

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:69 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  60.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/PL*SUPP NTC POSTPET FEE/EXP*REF CL*W/61 | |

---

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:70 INT %: 0.00% | CRED DESC:  POST PETITION FEE NOTICE |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.:  1442 |
| PO BOX 65450 | | |
| | CLAIM:  103.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/PL*INSRNC ADV 1/23*SUPP NTC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CLEARVIEW FCU**\*\* | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 8805 UNIVERSITY BLVD | Court Claim Number: | ACCOUNT NO.:  0239 |
| | CLAIM:  0.00 | |
| MOON TWP, PA  15108-4212 | COMMENT:  PMT/PL*BGN 10/23*450X14+2=LMT*DK | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:72  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:28 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  1,108.80 | |
| IRWIN, PA  15642 | COMMENT:  764-H-063;17-23*NT/PL*WNTS 10% BGN 6/24*LATE*W/73 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:73  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:28 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  868.03 | |
| IRWIN, PA  15642 | COMMENT:  764-H-063;17-23*NT/PL*NON %*LATE*W/72 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:74  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:27 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  3,024.35 | |
| IRWIN, PA  15642 | COMMENT:  764-H-061*17-23*WNTS 10%~BGN 6/24*LATE*NT/PL*W/75 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:75  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:27 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  1,945.50 | |
| IRWIN, PA  15642 | COMMENT:  764-H-061*17-23*NON %*LATE*NT/PL*W/74 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:76  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:26-2 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  2,123.81 | |
| IRWIN, PA  15642 | COMMENT:  SUPPLMNTL AMD YRS 19-23*879-K-101*WNTS 10%~BGN 6/24*NT PROV/PL*W77 | |

| | | |
|---|---|---|
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:77  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:26-2 | ACCOUNT NO.:  3384 |
| 546 WENDEL RD | CLAIM:  357.64 | |
| IRWIN, PA  15642 | COMMENT:  SUPPLMNTL AMD YRS 19-23*879-K-101*NON %*NT PROV/PL*W76 | |