**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| **Audelia A. Stoutamire** ) | **Case No. 19-24371 JCM** |
| **aka Audelia A. Amoah** ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____  X | |

**STIPULATED ORDER MODIFYING PLAN**

  **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

 ❑ a motion to dismiss case or certificate of default requesting dismissal

 ✖ a plan modification sought by:   The Debtor

 ❑ a motion to lift stay
   as to creditor   _____

 ❑ Other:   _____

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑Chapter 13 Plan dated
✖ Amended Chapter 13 Plan dated 9/5/2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

 ✖ Debtor(s) Plan payments shall be changed from $1,817.00 to
   $2,958.00 per month effective <u>6/2024</u> ; and/or the Plan term shall be changed
   from <u>____</u> months to <u>____</u> months.                                      .

 ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]               -1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏　　Debtor(s) shall file and serve _____ on or before _____.

❏　　If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏　　If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏　　Other:  G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

*Claims 26-2 filed by City of Clairton c/o Keystone Collections Group Inc. Only the prepetition tax years of 2014, 2015, 2018 and 2019 will govern and be paid through the plan.

*Claim 27-1 filed by City of Clairton c/o Keystone Collections Group Inc. Only the prepetition tax years of 2017, 2018, 2019 will govern and be paid through the plan.

 *Claim 28-1 filed by the City of Clairton c/o Keystone Collections Group Inc. Only the prepetition tax years of 2017, 2018, 2019 and will govern and be paid through the plan.

* The Debtor has agreed to enter into a payment plan that the City of Clairton c/o Keystone Collections Group Inc. has proposed in order to cure the post-petition taxes for the tax years of 2020, 2021, 2022 and 2023 related to Claims 26-2, 27-1 and 28-1 outside of the plan. The Debtor will be required to pay $525.00 per month for the next 12 months to City of Clairton c/o Keystone Collections Group Inc. beginning June 2024. The Debtor and City of Clairton c/o Keystone Collections Group Inc. have agreed that Claims 26-2, 27-1 and 28-1 will not be subject to any discharge entered in this case and will not be paid as part of this Plan.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this

Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]  -3-

**SO ORDERED**, this _____ day of _____, 202__

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ Kenneth Steidl_____                     /s/ James Warmbrodt_____
Counsel to Debtor                                Counsel to Chapter 13 Trustee

/s/ Amanda L. Mulheren_____
Amanda L. Mulheren, Esquire
Counsel for City Clairton
c/o Keystone Collections Group Inc.

cc:   All Parties in Interest to be served by Clerk

[04/22]                           -4-