IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Audelia A. Stoutamire | ) | Case No. 19-24371 JCM |
| aka Audelia A.Amoah, | ) | Chapter 13 |
|     Debtor | ) | Document No. |
| | ) | |
| Audelia A. Stoutamire | ) | |
| aka Audelia A.Amoah, | ) | |
| Social Security No. XXX-XX-3384 | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UPMC McKeesport and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on June 5, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Audelia A. Stoutamire
929 Gary Ave
Clairton, PA 15025

UPMC McKeesport
Attn: Payroll Dept.
600 Grant St. (Floor 56)
Pittsburgh, PA 15219

| | |
|---|---|
| Date of Service: June 5, 2024 | /s/ Kenneth Steidl____ |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |