**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/15/2024

IN RE:

AUDELIA A. STOUTAMIRE
929 GARY AVE
CLAIRTON, PA 15025
XXX-XX-3384            Debtor(s)

Case No. 19-24371

Chapter 13

---

### AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/15/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 7314 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCGRAIL & ASSOCIATES**<br>1714 LINCOLN WAY<br>WHITE OAK, PA  15131 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CLAIRTON SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC**\*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DEUTSCHE BANK~JPMORGAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)**\*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:5   INT %:  12.00%<br>Court Claim Number:23<br>CLAIM:  613.02<br>COMMENT:  764-H-61*$@12%/CL-PL*WNTS 12%*17-19/PL-CL*W/59 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 4H61 |
| **COUNTY OF ALLEGHENY (RE TAX)**\*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:6   INT %:  12.00%<br>Court Claim Number:23<br>CLAIM:  45.40<br>COMMENT:  764-H-63*$@12%/CL-PL*WNTS 12%*18-19/PL-CL*W/60 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 4H63 |
| **COUNTY OF ALLEGHENY (RE TAX)**\*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:7   INT %:  12.00%<br>Court Claim Number:23<br>CLAIM:  302.72<br>COMMENT:  879-K-101*$@12%/CL-PL*WNTS 12%*18-19/PL-CL*W/58 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: K101 |
| **ALLY FINANCIAL(\*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX  75266-0618 | Trustee Claim Number:8   INT %:  6.00%<br>Court Claim Number:9<br>CLAIM:  6,969.92<br>COMMENT:  SURR/CONF*W/49 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 2928 |
| **CITY OF CLAIRTON (RE)**<br>C/O CURRENT YEAR TAX OFFICE*<br>551 RAVENSBURG BLVD<br>CLAIRTON, PA  15025 | Trustee Claim Number:9   INT %:  10.00%<br>Court Claim Number:<br>CLAIM:  219.67<br>COMMENT:  18-19/SCH*0764-H-00061*RMVD/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0061 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:10  INT %:  10.00%<br>Court Claim Number:26<br>CLAIM:  854.50<br>COMMENT:  879-K-101*$@10%/CL-PL*WNTS 10%*14,15,18/CL-PL*W/62 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 3384 |

| Creditor | Trustee Claim | Court Claim / Account | Cred Desc | Claim | Comment |
|---|---|---|---|---|---|
| **CLAIRTON CITY SD (CLAIRTON) (RE)** C/O ANDREWS & PRICE - DLNQ CLLCTR, 1500 ARDMORE BLVD STE 506, PITTSBURGH, PA 15221 | Trustee Claim Number: 11 INT %: 10.00% | Court Claim Number: 1-2 ACCOUNT NO.: 0061 | SECURED CREDITOR | 3,845.17 | 764-H-00061*$/CL-PL@10%/PL*17-19/PL-CL*STAT ISSUE:NO% STD/CL*AMD |
| **CLAIRTON CITY SD (CLAIRTON) (RE)** C/O ANDREWS & PRICE - DLNQ CLLCTR, 1500 ARDMORE BLVD STE 506, PITTSBURGH, PA 15221 | Trustee Claim Number: 12 INT %: 10.00% | Court Claim Number: 3-2 ACCOUNT NO.: 0101 | SECURED CREDITOR | 2,766.87 | 879-K-00101*$/CL-PL@10%/PL*STAT ISSUE:NO% STD/CL*15,18,19/CL-PL*AMD |
| **CLAIRTON CITY SD (CLAIRTON) (RE)** C/O ANDREWS & PRICE - DLNQ CLLCTR, 1500 ARDMORE BLVD STE 506, PITTSBURGH, PA 15221 | Trustee Claim Number: 13 INT %: 10.00% | Court Claim Number: 2-2 ACCOUNT NO.: 0063 | SECURED CREDITOR | 1,783.96 | 764-H-00063*$/CL-PL@10%/PL*STAT ISSUE:NO% STD/CL*17-18/PL*17-19/CL*AMD |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGENT, PO BOX 2011, WARREN, MI 48090 | Trustee Claim Number: 14 INT %: 0.00% | Court Claim Number: 16 ACCOUNT NO.: 0028 | SECURED CREDITOR | 0.00 | $2236@6%/PL*PAY@UNS/CR REFUND*W/51*NO SEC'D/CL |
| **NEW CENTURY FINANCIAL SERVICES INC** 7 ENTIN RD 1ST FL, PARSIPPANY, NJ 07054-5020 | Trustee Claim Number: 15 INT %: 0.00% | Court Claim Number: NC1 ACCOUNT NO.: 1673 | MORTGAGE PAID IN FULL | 1,614.06 | $@0%/PL*ADR/CRED |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450, SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 16 INT %: 0.00% | Court Claim Number: 24 ACCOUNT NO.: 1442 | MORTGAGE REGULAR PAYMENT | 0.00 | PMT/DCLAR*402.98/PL@SELECT PORTFOLIO*DKT4PMT-LMT*BGN 12/19 |
| **DANIEL JOSEPH SANTUCCI ESQ++** 1 INTERNATIONAL PLAZA 5TH FL, PHILADELPHIA, PA 19113 | Trustee Claim Number: 17 INT %: 0.00% | Court Claim Number: ACCOUNT NO.: | NOTICE ONLY | 0.00 | |
| **PRESSLER FELT & WARSHAW LLP** 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 | Trustee Claim Number: 18 INT %: 0.00% | Court Claim Number: ACCOUNT NO.: | NOTICE ONLY | 0.00 | |
| **AT & T MOBILITY II LLC** C/O AT & T SERVICES INC, ONE AT & T WAY RM 3A104, BEDMINSTER, NJ 07921 | Trustee Claim Number: 19 INT %: 0.00% | Court Claim Number: 18 ACCOUNT NO.: 2354 | UNSECURED CREDITOR | 3,344.19 | AT AND T |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083, CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20 INT %: 0.00% | Court Claim Number: 4 ACCOUNT NO.: 7931 | UNSECURED CREDITOR | 373.51 | |

Case 19-24371-JCM    Doc 149    Filed 08/15/24    Entered 08/15/24 14:35:05    Desc
Page 5 of 11

| CLAIM RECORDS | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  309.02 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4090 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number:7 <br><br> CLAIM:  0.00 <br> COMMENT:  STRICKEN/OE*CAP 1*STALE*CL=531.38*DK | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9079 |
| **CHARTWELL** <br> POB 360552 <br><br> PITTSBURGH, PA  15251 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:6 <br><br> CLAIM:  0.00 <br> COMMENT:  STRICKEN/OE*HSN/COMENITY*STALE*CL=1533.11 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4420 |
| **TEA OLIVE LLC** <br> C/O LUNDQUIST CONSULTING INC <br> PO BOX 1931 <br><br> BURLINGAME, CA  94011 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number:10 <br><br> CLAIM:  710.32 <br> COMMENT:  HALSTEAD/SCH*CONTINENTAL/REFLEX | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7995 |
| **CREDIT MANAGEMENT COMPANY** <br> FOSTER PLAZA BUILDING 7 <br> 661 ANDERSEN DR STE 110 <br><br> PITTSBURGH, PA  15220 | Trustee Claim Number:26  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:27  INT %:  0.00% <br> Court Claim Number:14 <br><br> CLAIM:  612.38 <br> COMMENT:  SHERMAN/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7888 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:28  INT %:  0.00% <br> Court Claim Number:21 <br><br> CLAIM:  0.00 <br> COMMENT:  CREDIT ONE BANK/SCH*JUDGMENT*CL $1,614.06 W/D*DOC 108*OE*D 109 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3830 |
| **DISH NETWORK** <br> DEPT 0063 <br><br> PALATINE, IL  60055-0063 | Trustee Claim Number:29  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2494 |
| **DR DAVID WEBER** <br> 5200 CENTRE AVE 203 <br><br> PITTSBURGH, PA  15232 | Trustee Claim Number:30  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 818.42<br>COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4758 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,390.43<br>COMMENT: BLUESTEM/FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9516 |
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 289.18<br>COMMENT: TBOM/MILESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0106 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE~DOC 54*9079~HSBC CARD SVCS/SCH*CAPITAL ONE*CL=842.57 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6382 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE  68501 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 199.59/PL*199.59x(60+2)=LMT*PAY W/GEN UNS!! | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 3,761.89<br>COMMENT: DFNCY BAL? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2828 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 1,272.02<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PROACTIVE SOLUTIONS++**<br>POB 11448<br>DES MOINES, IA  50336-1448 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH  45274 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DENTISTRY OF PGH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UNIVERSITY OF PGH PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,787.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3384 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 639.72<br>COMMENT: WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8760 |
| **AMERICAN MEDICAL & LIFE INS CO++**<br>POB 1235<br>FREDERICK, MD 21702 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,458.98<br>COMMENT: UNS/CONF*NO GEN UNS/SCH@ALLY BANK*W/8~2b SURR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2928 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,069.40<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3384 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 2,085.39<br>COMMENT: NO GEN UNS/SCH@14*PAY @ UNS/CRED*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0028 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22 GOV*879-K-101*TAX YR 2019~NT/PL*CL @ 707.03 W/DRAWN-DOC 58*W/53 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K101 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22GOV*879-K-101*TAX YR NT/PL*NON%*19/CL*W/52*CL @ 70.70 W/DRAWN-DOC | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K101 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22GOV*764-H-61*2606.72 TOT/PL@10%@17-19*WNTS 10%*TAX YR 2019/CL*W/5! | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H61 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22GOV*764-H-61*NON%*2606.72 TOT/PL@10%@17-19*TAX YR 2019/CL*W/54*CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H61 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 56  INT %: 10.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22GOV*764-H-63*TAX YR NT/PL*WNTS 10%*19/CL*W/57*CL @ 401.45 W/DRAWN- | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H63 |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O JORDAN TAX SERVICE - CUR YR CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: CL22GOV*764-H-63*TAX YR NT/PL*NON%*19/CL*W/56*CL @ 40.15 W/DRAWN-@DO | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H63 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 151.41<br>COMMENT: 879-K-101*$@0%/CL-PL*NON%*18-19/PL-CL*W/7 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K101 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 354.43<br>COMMENT: 764-H-61*$@0%/CL-PL*NON%*17-19/PL-CL*W/5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H61 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 78.23<br>COMMENT: 764-H-63*$@0%/CL-PL*NON%*18-19/PL-CL*W/6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4H63 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 61  INT %: 0.00% Court Claim Number: 24 CLAIM: 2,873.77 COMMENT: $CL-PL*THRU 11/19 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 1442 |
| **CITY OF CLAIRTON (RE TAX)** C/O KEYSTONE CLLCTNS GRP-DLQ CLTR 546 WENDEL RD IRWIN, PA 15642 | Trustee Claim Number: 62  INT %: 0.00% Court Claim Number: 26 CLAIM: 443.86 COMMENT: 879-K-101*$@0%/CL-PL*NON%*14,15,18/CL-PL*W/10 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 3384 |
| **GRB LAW**** C/O JEFFREY R HUNT ESQ - FOR PNG CO 525 WILLIAM PENN PLACE STE 3110 PITTSBURGH, PA 15219 | Trustee Claim Number: 63  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **MCGRAIL & ASSOCIATES** 1714 LINCOLN WAY WHITE OAK, PA 15131 | Trustee Claim Number: 64  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: CLAIRTON SD/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 65  INT %: 0.00% Court Claim Number: 24 CLAIM: 0.00 COMMENT: DM/OE*NT PROV/PL*NTC POSTPET FEE/EXP*REF CL=154*W/61*DK | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 1442 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 66  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 67  INT %: 0.00% Court Claim Number: 24 CLAIM: 5.00 COMMENT: $/PL*SUPP*NTC POSTPET FEE/EXP*REF CL*W/61*DK | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 1442 |
| **PEOPLES NATURAL GAS CO LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA 15212 | Trustee Claim Number: 68  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: $/OE-PL-CONF*BGN 12/21 DISTRIB*DK | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 7549 |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 69  INT %: 0.00% Court Claim Number: 24 CLAIM: 60.00 COMMENT: $/PL*SUPP NTC POSTPET FEE/EXP*REF CL*W/61 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 1442 |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 70  INT %: 0.00% Court Claim Number: 24 CLAIM: 103.00 COMMENT: $/PL*INSRNC ADV 1/23*SUPP NTC | CRED DESC: POST PETITION FEE NOTICE ACCOUNT NO.: 1442 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CLEARVIEW FCU**<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:71  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/PL*BGN 10/23*450X14+2=LMT*DK | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  0239 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:72  INT %:  10.00%<br>Court Claim Number:28<br>CLAIM:  768.03<br>COMMENT:  764-H-063;17-23*CL28GOV~2017,18,19/STIP OE*NT/PL*WNTS 10% BGN 6/24*W/73,7 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:73  INT %:  0.00%<br>Court Claim Number:28<br>CLAIM:  868.03<br>COMMENT:  764-H-063;17-23*CL28GOV*NT/PL*NON %*W/72,78 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:74  INT %:  10.00%<br>Court Claim Number:27<br>CLAIM:  1,930.74<br>COMMENT:  764-H-061*17-23*CL27GOV~17,18,19*WNTS 10%~BGN 6/24*NT/PL*W/75,79 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:75  INT %:  0.00%<br>Court Claim Number:27<br>CLAIM:  1,945.50<br>COMMENT:  764-H-061*17-23*CL27GOV*NON %*NT/PL*W/74,79 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:76  INT %:  10.00%<br>Court Claim Number:26-2<br>CLAIM:  420.81<br>COMMENT:  SUPPLMNTL AMD YRS 19-23*879-K-101*CL26-2GOV~14,15,18,19*WNTS 10%~BGN 6 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:77  INT %:  0.00%<br>Court Claim Number:26-2<br>CLAIM:  357.64<br>COMMENT:  SUPPLMNTL AMD YRS 19-23*879-K-101*CL26-2GOV*NON %*NT PROV/PL*W76,80 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:78  INT %:  0.00%<br>Court Claim Number:28<br>CLAIM:  0.00<br>COMMENT:  340.77 BAL OF CL PD OUTSIDE/STIP*DK*W/72,73 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:79  INT %:  0.00%<br>Court Claim Number:27<br>CLAIM:  0.00<br>COMMENT:  1093.61 REM BAL OF CL PD OUTSIDE/STIP*DK*W/74,75 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:80  INT %:  0.00%<br>Court Claim Number:26-2<br>CLAIM:  0.00<br>COMMENT:  1703 REM BAL OF CL PD OUTSIDE/STIP*DK*W/76,77 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3384 |

| CLAIM RECORDS | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:81  INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24 | ACCOUNT NO.: 1442 |
| PO BOX 65450 | | |
| | CLAIM: 146.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT: NT PROV/PL*SUPPLEMNTAL*INSURANCE ADV 5/28/24 | |