**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| AUDELIA A. STOUTAMIRE | Case No. 19-24371JCM |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CLEARVIEW FCU** | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

VEHICLE HAS BEEN STOLEN & TOTALED

CLEARVIEW FCU**  
8805 UNIVERSITY BLVD  
MOON TWP, PA 15108-4212

Court claim# /Trustee CID# 71

The Movant further certifies that on 08/20/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
AUDELIA A. STOUTAMIRE, 929 GARY AVE
CLAIRTON, PA  15025

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG, 707 GRANT ST STE 2830,
PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
CLEARVIEW FCU**, 8805 UNIVERSITY
BLVD, MOON TWP, PA  15108-4212

NEW CREDITOR: