IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-24371 JCM |
| | ) | Chapter 13 |
| Audelia A. Stoutamire, | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Audelia A. Stoutamire, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## **CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE**

AND NOW, to wit, this _____ day of _____, 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor needs to replace her 2021 Hyundai Elantra that was totaled;

2. The Chapter 13 Trustee is authorized to reserve the post-petition claim of Clearview Federal Credit Union;

3. The Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    a. The total amount of financing **shall not exceed** $25,000.00; and

    b. The monthly payments made under the financing agreement **shall not exceed $500.00.**

4. To extent the Debtor secures financing for the purchase of new vehicle, such payments **shall be made outside of the Chapter 13 plan as there are only three months remaining in the Debtor's plan**. Within **30 Days** of securing such financing. Debtor shall file:

    a. A report of financing

5. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file a proof of the same with the Court.

_____

Honorable John C. Melaragno
U.S. Bankruptcy Judge


/s/ Kate DeSimone_____          /s/ Kenneth Steidl_____
Counsel for the Chapter 13 Trustee          Kenneth Steidl, Esquire
                                            Attorney for the Debtor