IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-24371 JCM |
| ) | Chapter 13 |
| Audelia A. Stoutamire, ) | Docket No. 153 |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| ) | |
| Audelia A. Stoutamire, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| *Respondent(s)* ) | |

### CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE

AND NOW, to wit, this ____26th____ day of _____August_____, 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor needs to replace her 2021 Hyundai Elantra that was totaled;

2. The Chapter 13 Trustee is authorized to reserve the post-petition claim of Clearview Federal Credit Union;

3. The Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    a. The total amount of financing **shall not exceed** $25,000.00; and

    b. The monthly payments made under the financing agreement **shall not exceed $500.00.**

4. To extent the Debtor secures financing for the purchase of new vehicle, such payments **shall be made outside of the Chapter 13 plan as there are only three months remaining in the Debtor's plan**. Within **30 Days** of securing such financing. Debtor shall file:

    a. A report of financing

5. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file a proof of the same with the Court.

                /jlm  
Honorable John C. Melaragno  
U.S. Bankruptcy Judge

SIGNED  
8/26/24 2:47 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

/s/ Kate DeSimone_____  
Counsel for the Chapter 13 Trustee

/s/ Kenneth Steidl_____  
Kenneth Steidl, Esquire  
Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24371-JCM |
| Audelia A. Stoutamire | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

**Name**            **Email Address**

Denise Carlon
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Clairton City School District jhunt@grblaw.com

Kenneth Steidl
on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com

Michelle L. McGowan
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11