IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: : | Case No.: | 19-24371-JCM |
| : | | |
| Audelia A. Stoutamire : | Chapter: | 13 |
| : | | |
| *Debtor(s).* : | | |
| : | Date: | 12/17/2024 |
| : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**     #157 Trustee's Motion to Dismiss
              #159 Answer to Trustee's Motion to Dismiss

**APPEARANCES:**

   Debtor: Lauren Lamb
   Trustee: Owen Katz

**NOTES:**

Katz:    This is an end of plan term motion to dismiss because of a Plan funding shortfall. We need $1,838 to complete with a February 2025 long term continuing debt takeover. This includes $1,500 in attorney fees for a fee application that has not yet been filed. We would ask for a consent order on the vehicle clarifying the record that no further funds need to be paid on the totaled vehicle.

Lamb:    Yes we can get a fee application filed in the next twenty days. I will look into the issue of the totaled car and whether the insurance funds satisfied the claim.

**OUTCOME:**    TO to be entered stating: On or before February 16, 2025, the Debtor shall remit $1,838 to the Chapter 13 Trustee in order to complete the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the February 16, 2025 deadline, the case will be dismissed without further notice or hearing.

TO to be entered stating: On or before January 6, 2025, Counsel for the Debtor shall file a final fee application.

SIGNED
12/17/24 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA