IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Audelia A. Stoutamire, ) | Case No. 19-24371-JCM |
| Debtor(s) ) | Chapter 13 |
| ) | Document No. |
| ) | |
| ) | |
| Audelia A. Stoutamire, ) | |
| Movant(s) ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

**CONSENT ORDER CLOSING PAYMENT RECORD**

AND NOW, to wit, this _____ day of _____, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to terminate further payments on the post-petition claim of Clearview Federal Credit Union, Trustee's Claim No. 71, and to allow amounts on reserve that would have be paid to Clearview Federal Credit Union to be earmarked for general plan funding. The Debtor has confirmed that the post-petition claim of Clearview Federal Credit Union was paid in full out of insurance proceeds. All payments proper under the terms of the confirmed plan.

Consented to by:

/s/ Owen Katz                                             /s/ Kenneth Steidl
Owen Katz, Esquire                                    Kenneth Steidl, Esquire
Office of the Chapter 13 Trustee               Counsel for the Debtor

                                                    _____

                                                      John C. Melaragno

                                                      U.S. Bankruptcy Judge