IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Audelia Stoutamire ) | Case No. 19-24371 JCM |
| a/k/a/ Audelia Amoah ) | Chapter 13 |
|     Debtor ) | |
| ) | Related Document No. 175 & 179 |
| Steidl and Steinberg, P.C. ) | Hearing Date and Time: |
|     Applicant ) | March 4, 2025 at 1:30 p.m. |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, PA Dept. of Revenue, AT&T, Allegheny Co. ) | |
| Treasurer, Ally Bank, Ally Financial, American Medical ) | |
| Collections, American Water, CBCS Collection Agency, ) | |
| Capital One Bank, Cavalry SPV, Chartwell- PA, City of ) | |
| Clarion, Clarion City School District, Clearview FCU, ) | |
| Comenity Bank & World Shopping, Continental ) | |
| Finance, Credit Collection Services, Credit Management ) | |
| Co., Credit One Bank, Deutsche Bank National Trust, ) | |
| Dish Network, Duquesne Light Co., Jefferson Capital ) | |
| Systems, GE Capital, Genesis Credit, HSBC Card ) | |
| Services, Jefferson Capital Systems & Metabank, ) | |
| Keystone Collection Group, LVNV Funding, Midland ) | |
| Funding, Nelnet & US Dept. of Edu., OneMain, One ) | |
| Main Financial, PRA Receivables Management, Peoples ) | |
| Gas Co., Portfolio Recover Assoc., Proactive, ) | |
| Quantum3 Group, Quest Diagnostics, Select Portfolio ) | |
| Servicing, State Collection Service, Synchrony Bank, ) | |
| Tea Olive, Dentistry of Pittsburgh, University of Pgh ) | |
| Physicians, Wayfair ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit this ___4th___ day of _____March_____, 2025, upon consideration of the Debtor's Motion To Withdraw Application For Final Compensation By Counsel For Debtor, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application For Final Compensation By Counsel For Debtor filed at docket number 175 is withdrawn and the hearing scheduled for March 4, 2025 at 1:30 p.m. is canceled.

John C. Melaragno, Judge    dak
United States Bankruptcy Court

SIGNED
3/4/25 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Audelia A. Stoutamire  
    Debtor

Case No. 19-24371-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 04, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon  
     on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com

Jeffrey R. Hunt  
     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor Clairton City School District jhunt@grblaw.com

Kenneth Steidl  
     on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich

    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com

Michelle L. McGowan

    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail

    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com

Robert Shearer

    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rshearer@raslg.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 12