| | |
|---|---|
| **Fill in this information to identify the case.** | |
| Debtor 1 | <u>Audelia A. Stoutamire, aka Audelia A. Amback</u> |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u> (State) | |
| Case number <u>19-24371-JCM</u> | |

## <u>Form 4100R</u>
## Response to Notice of Final Cure                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:** <u>Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2</u>

**Court claim no.** (if known): <u>24-1</u>

 **Last 4 digits** of any number you use to identify the debtor's account: <u>1442</u>

**Property address:**  <u>929 GARY AVE ,</u>                                    
Number        Street
<u>CLAIRTON, PA 15025</u>
City                        State        ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                    $_____

.

| **Part 3:** | **Postpetition Mortgage** |
|---|---|

*Check one:*

[ ]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
                                    MM/DD/YYYY

[ X ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                    (a) $2,296.3

b. Total Suspense:                    - (b) $218.33

c. Total. Add lines a and b.                    (c) $2,077.97

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                    03/01/2025
                    MM/  DD/  YYYY

| Debtor 1 | Audelia A. Stoutamire,  aka Audelia A. Amoah | Case number (if known) | 19-24371-JCM |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the  debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/Jordan Katz                    Date 08/19/2025
    Signature

Print   Jordan Katz                   Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 Clinton Rd #202
          Number          Street

          Fairfield            NJ            07004
          City                 State         ZIP Code

Contact   470-321-7112                    Email jkatz@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**DISTRICT OF PITTSBURGH**

IN RE: Audelia A. Stoutamire                                         CASE NO.: 19-24371-JCM

Debtors.                                                                              **Chapter 13**

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on    August 19, 2025         , I electronically filed the
foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has
been served via United States Mail to the following:

Audelia A. Stoutamire
929 Gary Ave
Clairton, PA 15025

And via electronic mail to:

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/  Justine Bennett
Email:  Jusbennett@raslg.com

**SPS SELECT Portfolio SERVICING, Inc.**

| Preparation Date: | | 08/18/25 |
|---|---|---|
| Prepared by: | | Thulasi D |

**Loan Information:**

| Loan Number | X X X X X X 1442 |
|---|---|
| Debtors Name - 1 | AUDELIA STOUTAMIRE |
| Debtors Name - 2 | |
| Property Address | 929 GARY AVE |
| Property State | PA |

**Bankruptcy Information:**

| Bankruptcy Case # | 19-24371 |
|---|---|
| Filing Date: | 11/8/2019 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

**Post petition due**

| Post petition due date: | 03/01/25 |
|---|---|
| Post petition $$$ due: | $2,077.97 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | **$2,077.97** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 02/29/20 | 12/01/19 | $403.00 | $354.72 | $1,418.88 | |
| | 01/01/20 | $354.72 | $354.72 | | |
| | 02/01/20 | $354.72 | $354.72 | | |
| 03/31/20 | 03/01/20 | $354.72 | $354.72 | $107.48 | |
| 04/30/20 | 04/01/20 | $354.72 | $354.72 | $597.49 | |
| 06/03/20 | 05/01/20 | $354.73 | $354.73 | $359.19 | |
| 06/30/20 | 06/01/20 | $354.73 | $354.73 | $354.72 | |
| 08/04/20 | 07/01/20 | $354.73 | $354.73 | $354.72 | |
| 08/31/20 | 08/01/20 | $354.73 | $354.73 | $354.72 | |
| 10/02/20 | 09/01/20 | $354.73 | $354.73 | $354.72 | |
| 11/02/20 | 10/01/20 | $354.73 | $354.73 | $354.72 | |
| 11/30/20 | 11/01/20 | $354.72 | $354.72 | $354.72 | |
| 12/29/20 | 12/01/20 | $354.72 | $354.72 | $354.72 | |
| 01/30/21 | 01/01/21 | $354.72 | $354.72 | $354.72 | |
| 02/27/21 | 02/01/21 | $354.72 | $354.72 | $354.72 | |
| 03/31/21 | 03/01/21 | $354.72 | $354.72 | $354.72 | |
| 05/05/21 | 04/01/21 | $354.72 | $354.72 | $354.72 | |
| 06/23/21 | 05/01/21 | $354.72 | $354.72 | $354.72 | |
| 07/08/21 | 06/01/21 | $354.72 | $354.72 | $354.72 | |
| 07/31/21 | 07/01/21 | $354.72 | $354.72 | $354.72 | |
| 08/31/21 | 08/01/21 | $354.72 | $354.72 | $354.72 | |
| 09/28/21 | 09/01/21 | $354.72 | $354.72 | $354.72 | |
| 10/30/21 | 10/01/21 | $354.72 | $354.72 | $354.72 | |
| 11/30/21 | Partial payment | 0.00 | $0.00 | $0.02 | Partial Payment |
| 11/30/21 | 11/01/21 | $354.73 | $354.73 | $354.72 | |
| 12/30/21 | 12/01/21 | $354.73 | $354.73 | $354.73 | |
| 01/31/22 | 01/01/22 | $354.73 | $354.73 | $354.73 | |
| 02/28/22 | 02/01/22 | $354.73 | $354.73 | $354.73 | |
| 03/31/22 | 03/01/22 | $354.73 | $354.73 | $354.73 | |
| 04/30/22 | 04/01/22 | $354.73 | $354.73 | $354.72 | |
| 05/31/22 | 05/01/22 | $354.72 | $354.72 | $354.72 | |
| 06/30/22 | 06/01/22 | $354.72 | $354.72 | $354.72 | |
| 07/29/22 | 07/01/22 | $354.72 | $354.72 | $354.72 | |
| 08/30/22 | 08/01/22 | $354.72 | $354.72 | $354.72 | |
| 09/30/22 | 09/01/22 | $354.72 | $354.72 | $354.72 | |
| 10/31/22 | 10/01/22 | $354.72 | $354.72 | $354.73 | |
| 11/30/22 | 11/01/22 | $354.73 | $354.73 | $354.73 | |
| 12/31/22 | 12/01/22 | $354.73 | $354.73 | $354.73 | |
| 01/31/23 | 01/01/23 | $354.73 | $354.73 | $354.73 | |
| 02/28/23 | 02/01/23 | $354.73 | $354.73 | $354.73 | |
| 04/06/23 | 03/01/23 | $354.73 | $354.73 | $354.73 | |
| 05/03/23 | 04/01/23 | $354.73 | $354.73 | $354.73 | |
| 05/31/23 | 05/01/23 | $383.25 | $383.25 | $354.73 | |
| 07/05/23 | 06/01/23 | $383.25 | $383.25 | $354.73 | |
| 08/03/23 | 07/01/23 | $383.25 | $383.25 | $354.73 | |
| 08/31/23 | 08/01/23 | $383.25 | $383.25 | $354.73 | |
| 10/05/23 | 09/01/23 | $383.25 | $383.25 | $354.73 | |
| 11/02/23 | 10/01/23 | $383.25 | $383.25 | $399.93 | |
| 12/07/23 | 11/01/23 | $399.93 | $399.93 | $399.93 | |
| 12/29/23 | 12/01/23 | $399.93 | $399.93 | $399.93 | |
| 02/01/24 | 01/01/24 | $399.93 | $399.93 | $399.93 | |
| 03/07/24 | 02/01/24 | $399.93 | $399.93 | $399.93 | |
| 04/05/24 | 03/01/24 | $399.93 | $399.93 | $399.93 | |
| 05/02/24 | 04/01/24 | $399.93 | $399.93 | $395.26 | |
| 06/06/24 | 05/01/24 | $395.26 | $395.26 | $395.26 | |
| 07/05/24 | 06/01/24 | $395.26 | $395.26 | $395.26 | |
| 08/01/24 | 07/01/24 | $395.26 | $395.26 | $395.26 | |
| 09/05/24 | 08/01/24 | $395.26 | $395.26 | $395.26 | |
| 10/03/24 | 09/01/24 | $395.26 | $395.26 | $395.26 | |
| 11/05/24 | 10/01/24 | $395.26 | $395.26 | $388.49 | |
| 12/05/24 | 11/01/24 | $388.49 | $388.49 | $388.49 | |
| 12/31/24 | 12/01/24 | $388.49 | $388.49 | $388.49 | |
| 04/18/25 | 01/01/25 | $388.49 | $388.49 | $389.00 | |
| 06/16/25 | 02/01/25 | $388.49 | $388.49 | $389.00 | |
| | orrection adjustme | $0.00 | $0.00 | $48.28 | |
| Due | 03/01/25 | $388.49 | $388.49 | 0.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| Due | | | | |
|---|---|---|---|---|
| Due | | $388.00 | $388.4... | |
| Due | 05/01/25 | $379.83 | $379.83 | 0.00 |
| Due | 06/01/25 | $379.83 | $37... | 0.00 |
| Due | 07/01/25 | $379.83 | $379.83 | 0.00 |
| Due | 08/01/25 | $379.83 | $379.83 | 0.00 |

| Total Due | | $25,512.88 | $25,464.60 | |
|---|---|---|---|---|
| Total Received | | | | $23,434.91 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.