**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Audelia A. Stoutamire** | : | Case No. 19−24371−JCM |
| **aka Audelia A. Amoah** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s)*, | : | |
| | : | Related to Document No. 186 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/30/25 at 09:30 AM |
| *Respondent(s)*. | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 26th of August, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 186 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before October 10, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **October 30, 2025 at 09:30 AM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24371-JCM |
| Audelia A. Stoutamire | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |
| cr | + | Clairton City School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, c/o McGrail & Associates, LLC, 1714 Lincoln Way, White Oak, PA 15131, UNITED STATES 15131-1716 |
| 15154301 | | Allegheny County Treasurer, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15154303 | + | American Medical Collections, PO Box 1235, Elmsford, NY 10523-0935 |
| 15154309 | | Chartwell - Pennsylvania, Po Box 360552, Pittsburgh, PA 15251-6552 |
| 15154311 | + | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |
| 15154310 | + | City of Clairton, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15183785 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15154313 | + | Clairton School District, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15154315 | + | Continental Finance, c/o Holstead Financial Services, Po Box 828, Skokie, IL 60076-0828 |
| 15154319 | + | Credit One Bank & LVNV Funding, c/o FBCS Inc., 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15154327 | | HSBC Card Services, Po Box 71104, Charlotte, NC 28272-1104 |
| 15154328 | + | Jefferson Capital Systems & Metabank, c/o Law Office of Burton Neil, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15154334 | + | Proactive, c/o Northshore Agency Inc., 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2025 02:04:51 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2025 03:44:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:05:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2025 03:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15154304 | + | Email/Text: bankruptcy@sequium.com | Aug 27 2025 03:44:00 | AT&T, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15182109 | + | Email/Text: g17768@att.com | Aug 27 2025 03:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15154302 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15174720 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Financial, PO Box 130424, Roseville MN |

Case 19-24371-JCM   Doc 188   Filed 08/28/25   Entered 08/29/25 00:32:48   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 15187670 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 27 2025 03:45:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15154308 | ^ | MEBN | Aug 27 2025 01:17:24 | CBCS Collection Agency, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15154305 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:07:53 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169193 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:07:15 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15183456 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2025 03:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15195666 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 27 2025 03:44:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15634591 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 27 2025 03:44:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15154314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:07:57 | Comenity Bank & World Shopping Network, World Financial Capital Bank, c/o Portfolio Recovery Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15183788 | + | Email/Text: ebnjts@grblaw.com | Aug 27 2025 03:44:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15154316 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2025 03:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15154317 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 27 2025 03:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15154318 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 02:07:00 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15154320 | + | Email/Text: bankruptcy@sequium.com | Aug 27 2025 03:44:00 | Credit One Bank & LVNV Funding, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15185024 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15154321 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 27 2025 03:44:00 | Dish Network, c/o ERC Collection Agency, Dept 0063, Palatine, IL 60055-0063 |
| 15154322 | ^ | MEBN | Aug 27 2025 01:16:53 | Dr. David Weber, c/o Collection Service Center Inc., 839 5th Ave., Po Box 560, New Kensington, PA 15068-0560 |
| 15182187 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2025 03:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15154323 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2025 03:45:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15154325 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 03:44:00 | GE Capital, c/o Midland Funding & Midland Credit, Po Box 2121, Warren, MI 48090-2121 |
| 15154326 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2025 03:45:00 | Genesis Credit, Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15154324 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 03:45:00 | Fingerhut, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15182009 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2025 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154329 | + | Email/Text: Bankruptcy@keystonecollects.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 67 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 27 2025 03:44:00 | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15180452 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 27 2025 02:04:55 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181852 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 27 2025 03:44:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15154330 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Aug 27 2025 03:44:00 | | Nelnet & US Dept. of Education, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15173611 | | Email/PDF: cbp@omf.com Aug 27 2025 02:08:35 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15154331 | | Email/PDF: cbp@omf.com Aug 27 2025 02:08:13 | | One Main Financial, Po Box 64, Evansville, IN 47701-0064 |
| 15171846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2025 02:07:03 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15154332 | | Email/Text: csc.bankruptcy@amwater.com Aug 27 2025 03:45:00 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15154333 | ^ | MEBN Aug 27 2025 01:17:19 | | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15181716 | | Email/Text: bnc-quantum@quantum3group.com Aug 27 2025 03:44:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15178467 | | Email/Text: bnc-quantum@quantum3group.com Aug 27 2025 03:44:00 | | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15154335 | ^ | MEBN Aug 27 2025 01:17:21 | | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15154336 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 27 2025 03:45:00 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15154337 | + | Email/Text: amieg@stcol.com Aug 27 2025 03:44:00 | | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15155129 | ^ | MEBN Aug 27 2025 01:17:39 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177023 | + | Email/Text: documentfiling@lciinc.com Aug 27 2025 03:44:00 | | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15154338 | + | Email/Text: bankruptcydepartment@tsico.com Aug 27 2025 03:45:00 | | The Dentistry of Pittsburgh, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15154340 | + | Email/Text: BankruptcyNotice@upmc.edu Aug 27 2025 03:45:00 | | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15180340 | | Email/Text: BNCnotices@dcmservices.com Aug 27 2025 03:44:00 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15180418 | | Email/Text: BNCnotices@dcmservices.com Aug 27 2025 03:44:00 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15154339 | ^ | MEBN Aug 27 2025 01:16:57 | | University of Pittsburgh Physicians, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15154341 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2025 03:44:00 | | Wayfair, c/o Comenity Bank, PO Box 659617, San Antonio, TX 78265 |

TOTAL: 52

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 67 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15154306 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154307 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154312 | *+ | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 jkatz@raslg.com |
| Kenneth Steidl | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com |
| Robert Shearer | |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 67

    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13