**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AUDELIA A. STOUTAMIRE

       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
       vs.
No Respondents.

Case No.:19-24371

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the ″Final Report″).  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2025

/s/  Ronda J. Winnecour
_____

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/08/2019 and confirmed on 2/14/20 . The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 112,751.48 |
| Less Refunds to Debtor | 5,737.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,013.78 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,763.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,163.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - Acct: 1442 | 0.00 | 22,608.63 | 0.00 | 22,608.63 |
| DEUTSCHE BANK NATIONAL TRUST CO - Acct: 1442 | 2,873.77 | 2,873.77 | 0.00 | 2,873.77 |
| COUNTY OF ALLEGHENY (RE TAX)* Acct: 4H61 | 613.02 | 613.02 | 143.69 | 756.71 |
| COUNTY OF ALLEGHENY (RE TAX)* Acct: 4H63 | 45.40 | 45.40 | 12.04 | 57.44 |
| COUNTY OF ALLEGHENY (RE TAX)* Acct: K101 | 302.72 | 302.72 | 71.79 | 374.51 |
| CITY OF CLAIRTON (RE) Acct: 0061 | 219.67 | 219.67 | 58.21 | 277.88 |
| CITY OF CLAIRTON (RE TAX) Acct: 3384 | 854.50 | 854.50 | 165.50 | 1,020.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 0061 | 3,845.17 | 3,845.17 | 747.24 | 4,592.41 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 0101 | 2,766.87 | 2,766.87 | 537.73 | 3,304.60 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 0063 | 1,783.96 | 1,783.96 | 346.76 | 2,130.72 |
| MIDLAND FUNDING LLC Acct: 0028 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: K101 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: K101 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 4H61 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 4H61 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 4H63 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) Acct: 4H63 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | 151.41 | 151.41 | 0.00 | 151.41 |

19-24371

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| Acct: K101 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 354.43 | 354.43 | 0.00 | 354.43 |
| Acct: 4H61 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 78.23 | 78.23 | 0.00 | 78.23 |
| Acct: 4H63 | | | | |
| CITY OF CLAIRTON (RE TAX) | 443.86 | 443.86 | 0.00 | 443.86 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 768.03 | 768.03 | 23.80 | 791.83 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 868.03 | 868.03 | 0.00 | 868.03 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 1,930.74 | 1,930.74 | 59.85 | 1,990.59 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 1,945.50 | 1,945.50 | 0.00 | 1,945.50 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 420.81 | 420.81 | 13.05 | 433.86 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 357.64 | 357.64 | 0.00 | 357.64 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3384 | | | | |
| CITY OF CLAIRTON (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3384 | | | | |
| ALLY FINANCIAL(*) | 6,969.92 | 6,969.92 | 1,279.03 | 8,248.95 |
| Acct: 2928 | | | | |
| NEW CENTURY FINANCIAL SERVICES IN | 1,614.06 | 1,614.06 | 0.00 | 1,614.06 |
| Acct: 1673 | | | | |
| | | | | 55,275.06 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AUDELIA A. STOUTAMIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AUDELIA A. STOUTAMIRE | 1,290.00 | 1,290.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AUDELIA A. STOUTAMIRE | 4,447.70 | 4,447.70 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1442 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: 1442 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,046.78 | 0.00 | 5,046.78 |
| Acct: 7549 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 60.00 | 60.00 | 0.00 | 60.00 |
| Acct: 1442 | | | | |
| CLEARVIEW FCU** | 4,950.00 | 4,950.00 | 0.00 | 4,950.00 |
| Acct: 0239 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 103.00 | 103.00 | 0.00 | 103.00 |
| Acct: 1442 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 146.00 | 146.00 | 0.00 | 146.00 |
| Acct: 1442 | | | | |
| | | | | 10,310.78 |

19-24371

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 12,341.58 | 0.00 | 12,341.58 |
| Acct: | | | | |
| AT & T MOBILITY II LLC | 3,344.19 | 3,344.19 | 0.00 | 3,344.19 |
| Acct: 2354 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 373.51 | 373.51 | 0.00 | 373.51 |
| Acct: 7931 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 309.02 | 309.02 | 0.00 | 309.02 |
| Acct: 4090 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9079 | | | | |
| CHARTWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4420 | | | | |
| TEA OLIVE LLC | 710.32 | 710.32 | 0.00 | 710.32 |
| Acct: 7995 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 612.38 | 612.38 | 0.00 | 612.38 |
| Acct: 7888 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3830 | | | | |
| DR DAVID WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 818.42 | 818.42 | 0.00 | 818.42 |
| Acct: 4758 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,390.43 | 1,390.43 | 0.00 | 1,390.43 |
| Acct: 9516 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GI | 289.18 | 289.18 | 0.00 | 289.18 |
| Acct: 0106 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6382 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 3,761.89 | 3,761.89 | 0.00 | 3,761.89 |
| Acct: 2828 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 1,272.02 | 1,272.02 | 0.00 | 1,272.02 |
| Acct: 2000 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 1,787.72 | 1,787.72 | 0.00 | 1,787.72 |
| Acct: 3384 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 639.72 | 639.72 | 0.00 | 639.72 |
| Acct: 8760 | | | | |
| ALLY FINANCIAL(*) | 1,458.98 | 1,458.98 | 0.00 | 1,458.98 |
| Acct: 2928 | | | | |
| UPMC PHYSICIAN SERVICES | 1,069.40 | 1,069.40 | 0.00 | 1,069.40 |
| Acct: 3384 | | | | |
| MIDLAND FUNDING LLC | 2,085.39 | 2,085.39 | 0.00 | 2,085.39 |
| Acct: 0028 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7314 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRAIL & ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

19-24371                                                                                   Page 4 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL JOSEPH SANTUCCI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRAIL & ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I| | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN MEDICAL & LIFE INS CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROACTIVE SOLUTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2494 | | | | |
| | | | | 32,264.15 |

TOTAL PAID TO CREDITORS                                                          97,849.99

TOTAL CLAIMED
PRIORITY           5,264.00
SECURED           29,207.74
UNSECURED         19,922.57


Date: 08/26/2025                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    AUDELIA A. STOUTAMIRE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-24371

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-24371-JCM |
|---|---|
| Audelia A. Stoutamire | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |
| cr | + | Clairton City School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, c/o McGrail & Associates, LLC, 1714 Lincoln Way, White Oak, PA 15131, UNITED STATES 15131-1716 |
| 15154301 | | Allegheny County Treasurer, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15154303 | + | American Medical Collections, PO Box 1235, Elmsford, NY 10523-0935 |
| 15154309 | | Chartwell - Pennsylvania, Po Box 360552, Pittsburgh, PA 15251-6552 |
| 15154311 | + | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |
| 15154310 | + | City of Clairton, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15183785 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15154313 | + | Clairton School District, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15154315 | + | Continental Finance, c/o Holstead Financial Services, Po Box 828, Skokie, IL 60076-0828 |
| 15154319 | + | Credit One Bank & LVNV Funding, c/o FBCS Inc., 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15154327 | | HSBC Card Services, Po Box 71104, Charlotte, NC 28272-1104 |
| 15154328 | + | Jefferson Capital Systems & Metabank, c/o Law Office of Burton Neil, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15154334 | + | Proactive, c/o Northshore Agency Inc., 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2025 02:05:30 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2025 03:44:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:08:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2025 03:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15154304 | + | Email/Text: bankruptcy@sequium.com | Aug 27 2025 03:44:00 | AT&T, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15182109 | + | Email/Text: g17768@att.com | Aug 27 2025 03:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15154302 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15174720 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Ally Financial, PO Box 130424, Roseville MN |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 55113-0004 |
| 15187670 | + | Email/Text: csc.bankruptcy@amwater.com | |
|  |  | Aug 27 2025 03:45:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15154308 | ^ | MEBN | |
|  |  | Aug 27 2025 01:17:25 | CBCS Collection Agency, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15154305 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Aug 27 2025 02:04:50 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169193 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Aug 27 2025 02:08:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15183456 | + | Email/Text: bankruptcy@cavps.com | |
|  |  | Aug 27 2025 03:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15195666 | + | Email/Text: Bankruptcy@keystonecollects.com | |
|  |  | Aug 27 2025 03:44:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15634591 | + | Email/Text: bankruptcy@clearviewfcu.org | |
|  |  | Aug 27 2025 03:44:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15154314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Aug 27 2025 02:08:35 | Comenity Bank & World Shopping Network, World Financial Capital Bank, c/o Portfolio Recovery Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15183788 | + | Email/Text: ebnjts@grblaw.com | |
|  |  | Aug 27 2025 03:44:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15154316 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
|  |  | Aug 27 2025 03:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15154317 | + | Email/Text: bdsupport@creditmanagementcompany.com | |
|  |  | Aug 27 2025 03:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15154318 |  | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Aug 27 2025 02:05:19 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15154320 | + | Email/Text: bankruptcy@sequium.com | |
|  |  | Aug 27 2025 03:44:00 | Credit One Bank & LVNV Funding, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15185024 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
|  |  | Aug 27 2025 03:45:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15154321 |  | Email/Text: Bankruptcy.Consumer@dish.com | |
|  |  | Aug 27 2025 03:44:00 | Dish Network, c/o ERC Collection Agency, Dept 0063, Palatine, IL 60055-0063 |
| 15154322 | ^ | MEBN | |
|  |  | Aug 27 2025 01:16:54 | Dr. David Weber, c/o Collection Service Center Inc., 839 5th Ave., Po Box 560, New Kensington, PA 15068-0560 |
| 15182187 | + | Email/Text: kburkley@bernsteinlaw.com | |
|  |  | Aug 27 2025 03:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15154323 | + | Email/Text: kburkley@bernsteinlaw.com | |
|  |  | Aug 27 2025 03:45:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15154325 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Aug 27 2025 03:44:00 | GE Capital, c/o Midland Funding & Midland Credit, Po Box 2121, Warren, MI 48090-2121 |
| 15154326 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Aug 27 2025 03:45:00 | Genesis Credit, Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15154324 |  | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Aug 27 2025 03:45:00 | Fingerhut, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15182009 |  | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Aug 27 2025 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154329 | + | Email/Text: Bankruptcy@keystonecollects.com | |

District/off: 0315-2            User: auto            Page 3 of 5

Date Rcvd: Aug 26, 2025            Form ID: pdf900            Total Noticed: 67

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 27 2025 03:44:00 | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15180452 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181852 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 03:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15154330 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2025 03:44:00 | Nelnet & US Dept. of Education, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15173611 | Email/PDF: cbp@omf.com | Aug 27 2025 02:06:54 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15154331 | Email/PDF: cbp@omf.com | Aug 27 2025 02:04:52 | One Main Financial, Po Box 64, Evansville, IN 47701-0064 |
| 15171846 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:06:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15154332 | Email/Text: csc.bankruptcy@amwater.com | Aug 27 2025 03:45:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15154333 | ^ MEBN | Aug 27 2025 01:17:17 | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15181716 | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 03:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15178467 | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 03:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15154335 | ^ MEBN | Aug 27 2025 01:17:21 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15154336 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 03:45:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15154337 | + Email/Text: amieg@stcol.com | Aug 27 2025 03:44:00 | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15155129 | ^ MEBN | Aug 27 2025 01:17:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177023 | + Email/Text: documentfiling@lciinc.com | Aug 27 2025 03:44:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15154338 | + Email/Text: bankruptcydepartment@tsico.com | Aug 27 2025 03:45:00 | The Dentistry of Pittsburgh, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15154340 | + Email/Text: BankruptcyNotice@upmc.edu | Aug 27 2025 03:45:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15180340 | Email/Text: BNCnotices@dcmservices.com | Aug 27 2025 03:44:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15180418 | Email/Text: BNCnotices@dcmservices.com | Aug 27 2025 03:44:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15154339 | ^ MEBN | Aug 27 2025 01:16:57 | University of Pittsburgh Physicians, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15154341 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 03:44:00 | Wayfair, c/o Comenity Bank, PO Box 659617, San Antonio, TX 78265 |

TOTAL: 52

# BYPASSED RECIPIENTS

District/off: 0315-2

User: auto

Page 4 of 5

Date Rcvd: Aug 26, 2025

Form ID: pdf900

Total Noticed: 67

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15154306 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154307 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154312 | *+ | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 jkatz@raslg.com |
| Kenneth Steidl | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com |
| Robert Shearer | |

District/off: 0315-2                              User: auto                                        Page 5 of 5

Date Rcvd: Aug 26, 2025                          Form ID: pdf900                            Total Noticed: 67

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage
Et Al... rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 13