IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24371-JCM |
| Audelia A. Stoutamire | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 9/23/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**  #183 Response to Notice of Final Cure Mortgage Payment re: Rule 3002.1
#182 Notice of Final Cure Mortgage Payment

**APPEARANCES:**
Debtor:　　　　　　　　　　　　　Lauren Lamb
Trustee:　　　　　　　　　　　　　Ronda J. Winnecour
Deutsche Bank National Trust Company:  Stephen Fuegi

**NOTES:**

Winnecour:   Deutsche Bank seems to think there is a prepetition claim we did not pay. We brought the Debtor current through March 2025.

Faghey:   The only information I have is in the response. We are averring postpetition arrears.

Lamb:   Attorney Steidl spoke to Attorney Shearer. He wanted to bring it to everyone's attention that the Debtor did not take over long-term continuing debt payments. Someone from my office spoke to the Debtor on the phone about her responsibility to take over mortgage payments in February 2025.

**OUTCOME:**   Chambers to issue order.

SIGNED
9/23/25 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA