**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br><br> AUDELIA A. STOUTAMIRE <br><br> Debtor(s) | Case No. 19-24371JCM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2019.

2) The plan was confirmed on 02/14/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/28/2020, 03/09/2022, 09/11/2023, 10/27/2023, 06/05/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/20/2024.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,006.53.

10) Amount of unsecured claims discharged without full payment: $3,962.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $112,751.48 |
| Less amount refunded to debtor | $5,737.70 |
| **NET RECEIPTS:** | **$107,013.78** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,763.79 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,163.79** |
| Attorney fees paid and disclosed by debtor: | $600.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL(*) | Unsecured | NA | 1,458.98 | 1,458.98 | 1,458.98 | 0.00 |
| ALLY FINANCIAL(*) | Secured | 11,204.00 | 9,900.00 | 6,969.92 | 6,969.92 | 1,279.03 |
| AT & T MOBILITY II LLC | Unsecured | 3,344.00 | 3,344.19 | 3,344.19 | 3,344.19 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 328.00 | 373.51 | 373.51 | 373.51 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 261.00 | 309.02 | 309.02 | 309.02 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 432.00 | 842.57 | 0.00 | 0.00 | 0.00 |
| CHARTWELL | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | 0.00 | 443.86 | 443.86 | 443.86 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 1,108.80 | 768.03 | 768.03 | 23.80 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 868.03 | 868.03 | 868.03 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 3,024.35 | 1,930.74 | 1,930.74 | 59.85 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 1,945.50 | 1,945.50 | 1,945.50 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | 0.00 | 2,123.81 | 420.81 | 420.81 | 13.05 |
| CITY OF CLAIRTON (RE TAX) | Secured | 0.00 | 357.64 | 357.64 | 357.64 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | 1,222.07 | 854.50 | 854.50 | 854.50 | 165.50 |
| CITY OF CLAIRTON (RE) | Secured | 316.00 | NA | 219.67 | 219.67 | 58.21 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 2,606.72 | 3,845.17 | 3,845.17 | 3,845.17 | 747.24 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 1,989.14 | 2,766.87 | 2,766.87 | 2,766.87 | 537.73 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 1,342.36 | 1,783.96 | 1,783.96 | 1,783.96 | 346.76 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLAIRTON CITY SD (CLAIRTON) (RE) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Priority | NA | NA | 4,950.00 | 4,950.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 151.41 | 151.41 | 151.41 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 354.43 | 354.43 | 354.43 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 78.23 | 78.23 | 78.23 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 639.59 | 613.02 | 613.02 | 613.02 | 143.69 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 51.32 | 45.40 | 45.40 | 45.40 | 12.04 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 342.08 | 302.72 | 302.72 | 302.72 | 71.79 |
| CREDIT MANAGEMENT COMPANY | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 34,656.00 | 37,344.86 | 0.00 | 22,608.63 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 2,873.77 | 2,873.77 | 2,873.77 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Priority | 0.00 | 103.00 | 103.00 | 103.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Priority | 0.00 | 146.00 | 146.00 | 146.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Priority | 0.00 | 154.00 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Priority | 0.00 | 5.00 | 5.00 | 5.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Priority | 0.00 | 60.00 | 60.00 | 60.00 | 0.00 |
| DISH NETWORK | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| DR DAVID WEBER | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 804.00 | 818.42 | 818.42 | 818.42 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC(* | Unsecured | 1,390.43 | 1,390.43 | 1,390.43 | 1,390.43 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 556.00 | 612.38 | 612.38 | 612.38 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,868.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Secured | 2,236.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 2,085.39 | 2,085.39 | 2,085.39 | 0.00 |
| NEW CENTURY FINANCIAL SERVICES | Secured | 1,614.06 | 0.00 | 1,614.06 | 1,614.06 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) | Unsecured | 3,702.00 | 3,761.89 | 3,761.89 | 3,761.89 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERI | Unsecured | 1,262.00 | 1,272.02 | 1,272.02 | 1,272.02 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | NA | NA | NA | 5,046.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,533.11 | 1,533.11 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 531.00 | 531.38 | 0.00 | 0.00 | 0.00 |
| PROACTIVE SOLUTIONS++ | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 236.00 | 289.18 | 289.18 | 289.18 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 534.00 | 639.72 | 639.72 | 639.72 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | 710.32 | 710.32 | 710.32 | 710.32 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 6,550.00 | 1,787.72 | 1,787.72 | 1,787.72 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 1,069.40 | 1,069.40 | 1,069.40 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 145,596.00 | NA | NA | 12,341.58 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,614.06 | $24,222.69 | $0.00 |
| Mortgage Arrearage | $2,873.77 | $2,873.77 | $0.00 |
| Debt Secured by Vehicle | $6,969.92 | $6,969.92 | $1,279.03 |
| All Other Secured | $17,749.99 | $17,749.99 | $2,179.66 |
| **TOTAL SECURED:** | **$29,207.74** | **$51,816.37** | **$3,458.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,264.00 | $10,310.78 | $0.00 |
| **TOTAL PRIORITY:** | **$5,264.00** | **$10,310.78** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,922.57** | **$32,264.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,163.79 |
| Disbursements to Creditors | $97,849.99 |
| **TOTAL DISBURSEMENTS :** | **$107,013.78** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/17/2025                                By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**