**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Audelia A. Stoutamire | Social Security number or ITIN   xxx–xx–3384 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–24371–JCM | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Audelia A. Stoutamire
    aka Audelia A. Amoah

<u>10/15/25</u>

**By the court:** <u>John C Melaragno</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 19-24371-JCM

Audelia A. Stoutamire                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: auto                         Page 1 of 5
Date Rcvd: Oct 15, 2025           Form ID: 3180W                     Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |
| cr | + | Clairton City School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, c/o McGrail & Associates, LLC, 1714 Lincoln Way, White Oak, PA 15131, UNITED STATES 15131-1716 |
| 15154301 | | Allegheny County Treasurer, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15154303 | + | American Medical Collections, PO Box 1235, Elmsford, NY 10523-0935 |
| 15154309 | | Chartwell - Pennsylvania, Po Box 360552, Pittsburgh, PA 15251-6552 |
| 15154311 | + | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |
| 15154310 | + | City of Clairton, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15183785 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15154313 | + | Clairton School District, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15154315 | + | Continental Finance, c/o Holstead Financial Services, Po Box 828, Skokie, IL 60076-0828 |
| 15154319 | + | Credit One Bank & LVNV Funding, c/o FBCS Inc., 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15154327 | | HSBC Card Services, Po Box 71104, Charlotte, NC 28272-1104 |
| 15154328 | + | Jefferson Capital Systems & Metabank, c/o Law Office of Burton Neil, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15154334 | + | Proactive, c/o Northshore Agency Inc., 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 16 2025 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 16 2025 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 16 2025 04:56:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 16 2025 01:11:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | EDI: PRA.COM | Oct 16 2025 04:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 16 2025 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15154304 | + | Email/Text: bankruptcy@sequium.com | Oct 16 2025 01:11:00 | AT&T, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15182109 | + | EDI: ATTWIREBK.COM | | |

Case 19-24371-JCM    Doc 196    Filed 10/17/25    Entered 10/18/25 00:38:03    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 16 2025 04:56:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15154302 | | EDI: GMACFS.COM | Oct 16 2025 04:56:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15174720 | | EDI: GMACFS.COM | Oct 16 2025 04:56:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15187670 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 16 2025 01:13:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15154308 | ^ | MEBN | Oct 16 2025 01:05:02 | CBCS Collection Agency, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15154305 | | EDI: CAPITALONE.COM | Oct 16 2025 04:56:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169193 | | EDI: CAPITALONE.COM | Oct 16 2025 04:56:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15183456 | + | Email/Text: bankruptcy@cavps.com | Oct 16 2025 01:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15195666 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 16 2025 01:12:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15634591 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 16 2025 01:12:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15154314 | + | EDI: PRA.COM | Oct 16 2025 04:56:00 | Comenity Bank & World Shopping Network, World Financial Capital Bank, c/o Portfolio Recovery Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15183788 | + | Email/Text: ebnjts@grblaw.com | Oct 16 2025 01:11:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15154316 | + | EDI: CCS.COM | Oct 16 2025 04:56:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15154317 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 16 2025 01:12:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15154318 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2025 01:25:54 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15154320 | + | Email/Text: bankruptcy@sequium.com | Oct 16 2025 01:11:00 | Credit One Bank & LVNV Funding, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15185024 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2025 01:13:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15154321 | | EDI: DISH | Oct 16 2025 04:56:00 | Dish Network, c/o ERC Collection Agency, Dept 0063, Palatine, IL 60055-0063 |
| 15154322 | ^ | MEBN | Oct 16 2025 01:04:26 | Dr. David Weber, c/o Collection Service Center Inc., 839 5th Ave., Po Box 560, New Kensington, PA 15068-0560 |
| 15182187 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2025 01:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15154323 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2025 01:13:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15154325 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | GE Capital, c/o Midland Funding & Midland Credit, Po Box 2121, Warren, MI 48090-2121 |
| 15154326 | + | EDI: PHINGENESIS | | |

Case 19-24371-JCM   Doc 196   Filed 10/17/25   Entered 10/18/25 00:38:03   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 69 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Oct 16 2025 04:56:00 | Genesis Credit, Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15154324 | EDI: JEFFERSONCAP.COM | Oct 16 2025 04:56:00 | Fingerhut, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15182009 | EDI: JEFFERSONCAP.COM | Oct 16 2025 04:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154329 | + Email/Text: Bankruptcy@keystonecollects.com | Oct 16 2025 01:12:00 | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15180452 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:11:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181852 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15154330 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2025 01:12:00 | Nelnet & US Dept. of Education, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15173611 | EDI: AGFINANCE.COM | Oct 16 2025 04:56:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15154331 | EDI: AGFINANCE.COM | Oct 16 2025 04:56:00 | One Main Financial, Po Box 64, Evansville, IN 47701-0064 |
| 15171846 | EDI: PRA.COM | Oct 16 2025 04:56:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15154332 | Email/Text: csc.bankruptcy@amwater.com | Oct 16 2025 01:13:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15154333 | ^ MEBN | Oct 16 2025 01:04:54 | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15181716 | EDI: Q3G.COM | Oct 16 2025 04:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15178467 | EDI: Q3G.COM | Oct 16 2025 04:56:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15154335 | ^ MEBN | Oct 16 2025 01:04:58 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15154336 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2025 01:13:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15154337 | + Email/Text: amieg@stcol.com | Oct 16 2025 01:11:00 | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15155129 | + EDI: PRA.COM | Oct 16 2025 04:56:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177023 | + EDI: LCIFULLSRV | Oct 16 2025 04:56:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15154338 | + Email/Text: bankruptcydepartment@tsico.com | Oct 16 2025 01:13:00 | The Dentistry of Pittsburgh, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15154340 | + Email/Text: BankruptcyNotice@upmc.edu | Oct 16 2025 01:13:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15180340 | Email/Text: BNCnotices@dcmservices.com | Oct 16 2025 01:12:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15180418 | Email/Text: BNCnotices@dcmservices.com | Oct 16 2025 01:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15154339 | ^ MEBN | Oct 16 2025 01:04:28 | University of Pittsburgh Physicians, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 69 |

| 15154341 | EDI: WFNNB.COM | | | |
|---|---|---|---|---|
| | | Oct 16 2025 04:56:00 | Wayfair, c/o Comenity Bank, PO Box 659617, San Antonio, TX 78265 | |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15154306 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154307 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154312 | *+ | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 jkatz@raslg.com |
| Kenneth Steidl | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com |
| Michelle L. McGowan | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 69 |

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com

Robert Shearer
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13