IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   AUDELIA A. STOUTAMIRE

        Debtor(s)

   Ronda J. Winnecour
        Movant
   vs.
   No Repondents.

Case No.:19-24371

Chapter 13

Document No.: 186

ORDER OF COURT

AND NOW, this ___15th___ day of ___October___, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
10/15/25 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24371-JCM |
| Audelia A. Stoutamire | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audelia A. Stoutamire, 929 Gary Ave, Clairton, PA 15025-1107 |
| cr | + | Clairton City School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, c/o McGrail & Associates, LLC, 1714 Lincoln Way, White Oak, PA 15131, UNITED STATES 15131-1716 |
| 15154301 | | Allegheny County Treasurer, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15154303 | + | American Medical Collections, PO Box 1235, Elmsford, NY 10523-0935 |
| 15154309 | | Chartwell - Pennsylvania, Po Box 360552, Pittsburgh, PA 15251-6552 |
| 15154311 | + | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |
| 15154310 | + | City of Clairton, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15183785 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15154313 | + | Clairton School District, c/o McGrail & Assoc., 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 15154315 | + | Continental Finance, c/o Holstead Financial Services, Po Box 828, Skokie, IL 60076-0828 |
| 15154319 | + | Credit One Bank & LVNV Funding, c/o FBCS Inc., 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15154327 | | HSBC Card Services, Po Box 71104, Charlotte, NC 28272-1104 |
| 15154328 | + | Jefferson Capital Systems & Metabank, c/o Law Office of Burton Neil, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15154334 | + | Proactive, c/o Northshore Agency Inc., 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 01:25:48 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 16 2025 01:11:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 16 2025 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15154304 | + | Email/Text: bankruptcy@sequium.com | Oct 16 2025 01:11:00 | AT&T, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15182109 | + | Email/Text: g17768@att.com | Oct 16 2025 01:11:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15154302 | | Email/Text: ally@ebn.phinsolutions.com | Oct 16 2025 01:11:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15174720 | | Email/Text: ally@ebn.phinsolutions.com | Oct 16 2025 01:11:00 | Ally Financial, PO Box 130424, Roseville MN |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 15187670 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 16 2025 01:13:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15154308 | ^ | MEBN | Oct 16 2025 01:05:03 | CBCS Collection Agency, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15154305 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 01:10:48 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169193 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 01:55:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15183456 | + | Email/Text: bankruptcy@cavps.com | Oct 16 2025 01:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15195666 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 16 2025 01:12:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15634591 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 16 2025 01:12:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15154314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:10:55 | Comenity Bank & World Shopping Network, World Financial Capital Bank, c/o Portfolio Recovery Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15183788 | + | Email/Text: ebnjts@grblaw.com | Oct 16 2025 01:11:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15154316 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 16 2025 01:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15154317 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 16 2025 01:12:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15154318 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2025 01:09:58 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15154320 | + | Email/Text: bankruptcy@sequium.com | Oct 16 2025 01:11:00 | Credit One Bank & LVNV Funding, c/o Sequium Asset Solutions, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15185024 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2025 01:13:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15154321 | | Email/Text: Bankruptcy.Consumer@dish.com | Oct 16 2025 01:11:00 | Dish Network, c/o ERC Collection Agency, Dept 0063, Palatine, IL 60055-0063 |
| 15154322 | ^ | MEBN | Oct 16 2025 01:04:26 | Dr. David Weber, c/o Collection Service Center Inc., 839 5th Ave., Po Box 560, New Kensington, PA 15068-0560 |
| 15182187 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2025 01:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15154323 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2025 01:13:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15154325 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | GE Capital, c/o Midland Funding & Midland Credit, Po Box 2121, Warren, MI 48090-2121 |
| 15154326 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 16 2025 01:13:00 | Genesis Credit, Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15154324 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2025 01:12:00 | Fingerhut, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15182009 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2025 01:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154329 | + | Email/Text: Bankruptcy@keystonecollects.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | | Oct 16 2025 01:12:00 | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
|---|---|---|---|---|
| 15180452 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181852 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15154330 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2025 01:12:00 | Nelnet & US Dept. of Education, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15173611 | | Email/PDF: cbp@omf.com | Oct 16 2025 01:25:55 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15154331 | | Email/PDF: cbp@omf.com | Oct 16 2025 01:10:48 | One Main Financial, Po Box 64, Evansville, IN 47701-0064 |
| 15171846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15154332 | | Email/Text: csc.bankruptcy@amwater.com | Oct 16 2025 01:13:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15154333 | ^ | MEBN | Oct 16 2025 01:04:55 | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15181716 | | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2025 01:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15178467 | | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2025 01:12:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15154335 | ^ | MEBN | Oct 16 2025 01:04:59 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15154336 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2025 01:13:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15154337 | + | Email/Text: amieg@stcol.com | Oct 16 2025 01:11:00 | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15155129 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177023 | + | Email/Text: documentfiling@lciinc.com | Oct 16 2025 01:11:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15154338 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 16 2025 01:13:00 | The Dentistry of Pittsburgh, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15154340 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 16 2025 01:13:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15180340 | | Email/Text: BNCnotices@dcmservices.com | Oct 16 2025 01:12:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15180418 | | Email/Text: BNCnotices@dcmservices.com | Oct 16 2025 01:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15154339 | ^ | MEBN | Oct 16 2025 01:04:28 | University of Pittsburgh Physicians, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15154341 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2025 01:12:00 | Wayfair, c/o Comenity Bank, PO Box 659617, San Antonio, TX 78265 |

TOTAL: 52

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 67 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15154306 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154307 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15154312 | *+ | City of Clairton, 551 Ravensburg Boulevard, Clairton, PA 15025-1297 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 jkatz@raslg.com |
| Kenneth Steidl | on behalf of Debtor Audelia A. Stoutamire julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com |
| Robert Shearer | |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 67

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rshearer@raslg.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13